----- Forwarded Message -----
**From:** "Gajan Mahendiran" <gaj416@yahoo.com>
**To:** "Harsh Datta" <classdoctor@yahoo.com>
**Cc:**
**Sent:** Thu, Dec 17, 2015 at 10:44 AM
**Subject:** Trxade

Good morning Harsh,

Below is the presentation for Trxade(Suren's company). Please also forward to your business partner(s).

Thank you again for your time yesterday on the conference call.

Best regards,

Gajan


Sent from my iPhone