# Nexgen Memantine, Inc Company Seeks Capital to Finance Expansion

## COMPANY OVERVIEW

The Company is involved in Pharmaceutical molecules development by partnering with Indian based Laboratories to bring those drugs to US regulated markets. Currently company primary focus is on the U.S. Generic pharmaceutical industry. The Company partnered with fastest growing manufacturers of pharmaceuticals in Hyderabad, India. The partner company has 9 API (including, One Oncology, Prostaglandins) facilities, 3 finished dosage facilities for general oral solids, general injectable, cytotoxic solids & injectable. Also has integrated (API & FDF) research & Development center. Company Partnered based on Value(service, Quality) and has over 600 Scientists, 42 labs with 300,000 sft.

The Molecule we are looking to acquire is a low risk growth vehicle that enables pharmaceutical buyers to expand without costly marketing as this molecule is already in the market with 8 players making sales of $835 Million per annum. Buyers are offered a convenient, easy to use and secure environment to purchase product at substantial savings as well as gain industry knowledge, pricing transparency and analytical information.

The opportunity available for investors is: Memantine. (US Brand Name: Namenda, Namenda XR, Namenda XR Titration Pack
Memantine is used to treat moderate to severe Alzheimer's disease. Memantine is not a cure for Alzheimer's disease but it can help people with the disease. Memantine will not cure Alzheimer's disease, and it will not stop the disease from getting worse.

The Company is target to market this product thru 128 trade accounts that has relations with 60,000 + chain stores and 27,000 independent pharmacies as well as the 1,500 regional and local suppliers in the U.S. Memantine sales in 2014 as per the IMS data are $835 million, which is shared by 8 manufacturers.

.

Currently Nexgen has partnered with Westminster to distributor their products thru wholesale partnership that controls 5,000 *independent pharmacies and 27 suppliers utilizing their trading platform, with the number of registered users growing on a monthly basis.*

## INDUSTRY OVERVIEW

The U.S. pharmaceutical industry is a $330 billion industry consisting of over 65,000 pharmacy facilities and over 700 DEA-registered and 1,500 State-licensed suppliers. There are very few platforms currently in place to bring these participants together to share market knowledge, product pricing transparency and product availability. The pharmaceutical market is comprised primarily of three wholesalers (McKesson, Cardinal Health and Amerisource Bergen) that control an estimated 92% of the market. This concentration has, over the years, led to a lack of price and cost transparency, thereby resulting in severe limitations on the purchasing choices of industry participants.

## FINANCIAL SUMMARY

The Company's projected summary income statement is below:

|  | Year 2016 | Year 2017 | Year 2018 | Year 2019 |
|---|---|---|---|---|
| Revenues | $4,200,000 | $25,200,000 | $33,600,000 | $21,000,000 |
| Other Income | 0 | 0 | 0 | 0 |
| **Total Income** | **$4,200,000** | **$25,200,000** | **$33,600,000** | **$21,000,000** |
|  |  |  |  |  |
| Direct Costs | $1,350,000 | $8,100,000 | $10,800,000 | $6,750,000 |
| General & administrative expenses | $600,000 | $3,600,000 | $4,800,000 | $3,000,000 |
|  |  |  |  |  |
| **EBITDA** | **$2,250,000** | **$13,500,000** | **$18,000,000** | **$11,250,000** |
| EBITDA %age | 53.57% | 53.57% | 53.57% | 53.57% |
|  |  |  |  |  |
| Depreciation | $420,000 | $2,520,000 | $3,360,000 | $2,100,000 |
| Interest Expense | $0 | $0 | $0 | $0 |
|  |  |  |  |  |
| **Income before taxes** | $1,830,000 | $10,980,000 | $14,640,000 | $9,150,000 |
|  |  |  |  |  |
| Income tax | $713,700 | $4,282,200 | $5,709,600 | $3,568,500 |
| Def tax |  |  |  |  |
| **Net Income / (Loss)** | **$1,536,300** | **$9,217,800** | **$12,290,400** | **$7,681,500** |

## FINANCING OPPORTUNITY

The Company is seeking to raise approximately $1 million in Secured senior Debt capital or preferred equity structure to finance its growth plans.

## CONTACT

*For further information regarding the Company, please contact any of the following individuals at Nexgen Memantine, Inc:*

**Tampa Office**
8913 Regents Park Dr. Suite # 550
Tampa, FL -33647

*Suren Ajjarapu, Manager*
1-813-601-3533
ceo@sansurre.com

*Gajan Mahidran, Managing Member*
1-201-686-8338
gaj416@yahoo.com

THIS COMPANY OVERVIEW IS NOT AN OFFER TO SELL OR A SOLICITATION TO BUY ANY SECURITIES OF THE COMPANY. IT CONTAINS FORWARD LOOKING STATEMENTS, IT IS ONLY A BRIEF SUMMARY, IS INHERENTLY INCOMPLETE, IS FOR INFORMATION PURPOSES ONLY, IS SUBJECT TO CHANGE, AND SHOULD NOT BE CONSIDERED AS PROVIDING SUFFICIENT INFORMATION TO EVALUATE ANY INVESTMENT IN THE COMPANY. ANY SECURITIES WHICH MAY BE OFFERED BY THE COMPANY SHALL BE DONE SO ONLY BY MEANS OF A CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM AND OTHER DEFINITIVE DOCUMENTS IN COMPLIANCE WITH APPLICABLE SECURITIES LAWS.

.