# Memantine.

(US Brand Name: Namenda, NamendaXR, Namenda XR)

# Memantine

Memantine is used to treat moderate to severe Alzheimer's disease. Memantine is not a cure for Alzheimer's disease but it can help people with the disease

(THERE IS NO CURE AVAILABLE AT ALL)

# US SALES

U.S. Memantine sales in 2014 as per the IMS data $835 million, which is shared by 8 manufacturers only !!

# INDUSTRY OVERVIEW

The U.S. pharmaceutical industry is a $330 billion industry consisting of over 65,000 pharmacy facilities and over 700 DEA-registered and 1,500 State-licensed suppliers.

There are very few platforms currently in place to bring these participants together to share market knowledge, product pricing transparency and product availability.

# INDUSTRY OVERVIEW

The pharmaceutical market is comprised primarily of three wholesalers (McKesson, Cardinal Health and Amerisource Bergen) that control an estimated 92% of the market.

This concentration has, over the years, led to a lack of price and cost transparency, thereby resulting in severe limitations on the purchasing choices of industry participants.

# Nexgen Memantine, Inc

Our Nexgen Memantine, Inc is jumping into this not very crowded manufacturing business.

Company target :

Manufacture and market it thru 128 trade accounts which means 60,000 + chain stores and 27,000 independent pharmacies as well as the 1,500 regional and local suppliers in the U.S

# COMPANY OVERVIEW

-The Company is involved in Pharmaceutical molecules development by partnering with Indian based Laboratories to bring those drugs to US regulated markets.

-Currently company primary focus is on the U.S. Generic pharmaceutical industry.

-The Company partnered with fastest growing manufacturers of pharmaceuticals in Hyderabad, India.

-The partner company has 9 API (including, One Oncology, Prostaglandins) facilities, 3 finished dosage facilities for general oral solids, general injectable, cytotoxic solids & injectable. Also has integrated (API & FDF) research & Development center.

-Company Partnered based on Value(service, Quality) and has over 600 Scientists, 42 labs with 300,000 sft.

# Nexgen and Westminster

Currently Nexgen has partnered with Westminster to distributor products thru wholesale partnership that controls 5,000 independent pharmacies and 27 suppliers utilizing their trading platform, with the number of registered users growing on a monthly basis

MEMANTINE IS ALREADY FDA APPROVED AND MANUFACTURING UNIT IN INDIA IS ALSO USA/FDA APPROVED TO PRODUCE IT !!

# Nexgen and Westminster

Currently Nexgen has partnered with Westminster to distributor products thru wholesale partnership that controls 5,000 independent pharmacies and 27 suppliers utilizing their trading platform, with the number of registered users growing on a monthly basis.

# Projected Summary Income

**FINANCIAL SUMMARY**

The Company's projected summary income statement is below:

| | Year 2016 | Year 2017 | Year 2018 | Year 2019 |
|---|---|---|---|---|
| Revenues | $4,200,000 | $25,200,000 | $33,600,000 | $21,000,000 |
| Other Income | 0 | 0 | 0 | 0 |
| Total Income | $4,200,000 | $25,200,000 | $33,600,000 | $21,000,000 |
| Direct Costs | $1,350,000 | $8,100,000 | $10,800,000 | $6,750,000 |
| General & administrative expenses | $600,000 | $3,600,000 | $4,800,000 | $3,000,000 |
| EBITDA | $2,250,000 | $13,500,000 | $18,000,000 | $11,250,000 |
| EBITDA %age | 53.57% | 53.57% | 53.57% | 53.57% |
| Depreciation | $420,000 | $2,520,000 | $3,360,000 | $2,100,000 |
| Interest Expense | $0 | $0 | $0 | $0 |
| Income before taxes | $1,830,000 | $10,980,000 | $14,640,000 | $9,150,000 |
| Income tax | $713,700 | $4,282,200 | $5,709,600 | $3,568,500 |
| Def tax | | | | |
| Net Income / (Loss) | $1,536,300 | $9,217,800 | $12,290,400 | $7,681,500 |

# Next Step

The Company is seeking to raise approximately $1 million in Secured senior Debt capital or preferred equity structure to finance its growth plans

Please contact Dr. Harsh Datta for Further information

classdoctor@yahoo.com     7036259213 (cell)

THIS COMPANY OVERVIEW IS NOT AN OFFER TO SELL OR A SOLICITATION TO BUY ANY SECURITIESOF THE COMPANY. IT CONTAINS FORWARD LOOKING STATEMENTS, IT IS ONLY A BRIEF SUMMARY, IS INHERENTLY INCOMPLETE, IS FOR INFORMATION PURPOSES ONLY, IS SUBJECT TO CHANGE, AND SHOULD NOT BE CONSIDERED AS PROVIDING SUFFICIENT INFORMATION TO EVALUATE ANY INVESTMENT IN THE COMPANY. ANY SECURITIES WHICH MAY BE OFFERED BY THE COMPANY SHALL BE DONE SO ONLY BY MEANS OF A CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM AND OTHER DEFINITIVE DOCUMENTS IN COMPLIANCE WITH APPLICABLESECURITIES LAWS