UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN,
MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA,
BALVANT ARORA,

      Plaintiffs,                       Case No.: 8:20-cv-02263-VMC-JSS

v.

NEXGEN MEMANTINE, INC.,
SUREN AJJARAPU,
ANNAPURNA GUNDLAPALLI,
GAJAN MAHENDIRAN,
TRXADE, INC., WESTMINSTER
PHARMACEUTICALS, LLC,

      Defendants.
_____/

SUREN AJJARAPU,

      Cross-Plaintiff,

v.

GAJAN MAHENDARIN, and
NEXGEN MEMANTINE, INC.,

      Cross-Defendants.
_____/

## NOTICE OF DISMISSAL OF DERIVATIVE COMPLAINT

Crossclaim Plaintiff, Suren Ajjarapu, on behalf of all other similarly situated shareholders and pursuant to Federal Rule of Civil Procedure 41, hereby dismisses without prejudice his derivative action against Defendant Gajan Mahendiran and Nominal Defendant Nexgen Memantine, Inc.

Respectfully submitted this 3rd day of December, 2020.

*/s/ Paul Thanasides*
Paul B. Thanasides
Florida Bar No.: 103039
paul@mcintyrefirm.com
CLService@mcintyrefirm.com
Christa Queen-Sutherland
Florida Bar No. 0091204
christa@mcintyrefirm.com
complexlit@mcintyrefirm.com
Garrett S. Severson
Florida Bar No. 108259
garrett@mcintyrefirm.com
McIntyre Thanasides Bringgold Elliott
   Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221
***Attorneys for Suren Ajjarapu, Annapurna Gundlapalli, Trxade, Inc., Nexgen Memantine, Inc.***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 3, 2020, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF system, which will provide electronic notice to the following:

Joseph F. Southron
Florida Bar No. 122109
joe@fourriverslaw.com
eservice@fourriverslaw.com
Four Rivers Law Firm
400 N. Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone (813) 773-5105
Facsimile (813) 773-5103
***Attorney for Plaintiffs***

Kenneth G.M. Mather, Esq.
Florida Bar No. 619647
kmather@gunster.com

tkennedy@gunter.com
eservice@gunster.com
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Telephone (813) 222-6630;
Facsimile (813) 228-6739
***Attorneys for Defendants, Gajan Mahendiran and Westminster Pharmaceuticals, LLC***

                                                     */s/ Paul Thanasides*
                                                   Attorney