# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JITENDRA JAIN, et al.,**

**Plaintiffs,**

v.                                        Case No.: 8:20-cv-02263-VMC-JSS

**NEXGEN MEMANTINE,
INC., et al.,**

**Defendants.**

_____/

## NOTICE OF CANCELLATION OF MEDIATION

PLEASE TAKE NOTICE that the mediation scheduled for April 20, 2021, has been cancelled by the undersigned Mediator.

Done February 12, 2021 in Tampa, Florida.

                                                           Respectfully submitted,

                                                           /s/ Peter J. Grilli
                                                           Peter J. Grilli, Esq.
                                                           Florida Bar No. 237851
                                                           Mediator
                                                           3001 West Azeele Street
                                                           Tampa, Florida 33609
                                                           813.874.1002      Fax: 813.874.1131

email: peter@grillimediation.com

I HEREBY CERTIFY that February 12, 2021 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ Peter J. Grilli
Peter J. Grilli, Esq.