VIRGINIA:

IN THE CIRCUIT COURT FOR FAUQUIER COUNTY

| | |
|---|---|
| METCURE, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )     Civil Action No. CL 20-9 <br> ) |
| GAJAN MAHENDIRAN, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## NONSUIT ORDER

This matter comes before the Court on the request of Plaintiff MetCure, Inc. ("MetCure"), by counsel and pursuant to Virginia Code § 8.01-380, for entry of an order of nonsuit as to all claims by MetCure in this action against Defendants Gajan Mahendiran, Amudha Mahendiran, and Westminster Pharmaceuticals, LLC.

It appearing to the Court that no counterclaim, cross claim or third-party claim has been filed in this action, that no prior nonsuit has been taken by MetCure against any Defendants, and that MetCure is entitled to a nonsuit as a matter of right under Virginia Code § 8.01-380, it is hereby

ORDERED that MetCure's request for a nonsuit be, and the same hereby is, GRANTED as to all claims and all Defendants.

Entered this ___ day of January 2021.

_____
Judge, Fauquier County Circuit Court

Exhibit "E"

WE ASK FOR THIS:

*/s/ David C. Rohrbach*
_____
Edward S. Rosenthal (VSB No. 15870)
**Rohrbach Rosenthal LLP**
700 N. Fairfax Street, Suite 220
Alexandria, Virginia 22314
Direct: (571) 255-7620
Mobile: (571) 245-9588
Fax: (703) 794-5565
esrosenthal@rrlaw.law

David C. Rohrbach (VSB No. 90396)
**Rohrbach Rosenthal LLP**
700 N. Fairfax Street, Suite 220
Alexandria, Virginia 22314
Direct: (571) 255-7560
Mobile: (703) 304-2633
Fax: (703) 299-3441
dcrohrbach@rrlaw.law

Lana M. Manitta (VSB No. 42994)
The Law Office of Lana Manitta, PLLC
140B Purcellville Gateway Drive, #511
Purcellville, Virginia 20132
Direct: (703) 705-4428
Fax: (703) 705-4429
lmanitta@manittalaw.com

*Counsel for Plaintiff MetCure, Inc.*

SEEN:

_____
Charles M. Sims (VSB No. 35845)
**O'Hagan Meyer, PLLC**
411 East Franklin Street
Suite 500
Richmond, Virginia 23219
T: (804) 403-7111
F: (804) 237-0250
CSims@ohaganmeyer.com

*Counsel for Defendants Gajan Mahendiran,*
*Amudha Mahendiran, and Westminster Pharmaceuticals, LLC*

2