## **VERIFICATION**

I verify under penalty of perjury that the foregoing is true and correct to my best knowledge and belief.

Executed on __5/13/21__.

By: _____
Jitendra Jain