

## TR$_X$ADE GROUP, INC.

**Company Presentation**
**October 2015**

## SAFE HARBOR STATEMENT

This presentation includes forward-looking statements. including statements regarding the timing and outcome of product development, potential regulatory approvals, future demand for and sales of our products and future development of new products.

These statements are not guarantees of future performance and actual results could differ materially and adversely from those expressed in any forward looking statements.

All such forward-looking statements, whether written or oral, and whether made by or on behalf of the Company, are expressly qualified by the cautionary statements and any other cautionary statements which may accompany the forward-looking statements. The Company disclaims any obligation to update any forward-looking statements to reflect events or circumstances after the date hereof.



## TRXADE GROUP OVERVIEW

**Company Overview**

- Trxade Group, Inc. is a web-based pharmaceutical marketplace engaged in promoting and enabling trade among independent pharmacies and large pharmaceutical suppliers nationally
- Provides a complete solution by bringing buyers and sellers of pharmaceuticals under a common platform to engage in fair trade
- Operates three distinct trading platforms: Supplier to Pharmacy (S2P), Pharmacy to Pharmacy (P2P), Supplier to Supplier (S2S)
- Trxade Group also owns and operates a wholesale pharmaceutical distributor as well as an IT division
- Florida based company with 41 current employees

**Products and Markets**

- Potential to reach out to the nation's 24K independent pharmacies with combined annual purchases of ~ $93B.
- 4,200 pharmacies have signed up so far on S2P trade with additional 100-120 pharmacies added per month.
- 720 pharmacies on P2P trade and 47 on S2S trade
- Expanding into hospital/veterinarian markets
- P2P trading platform allowed by 25 States under the Model Act (with $3 billion dollars expiring on the shelves every year)
- S2S potential to reach over 1,500 wholesalers and distributors with active Federal DEA licenses & over 2,000 suppliers listed with the National Coalition of Pharmaceutical Distributors



## Company Structure Overview

# Trxade Group, Inc.

## Trading Platform

## Wholesale Division

## IT Support

**Trxade.com:**

**(Supplier 2 Pharmacy and Pharmacy 2 Pharmacy)**

Pharmaceutical price comparing and purchasing platform for independent pharmacies and large pharmaceutical suppliers nationally.

**Westminster Pharmaceuticals:**

A wholesale distributor that utilizes a proprietary database and algorithms to identify pharmaceutical products that it projects will be in short supply

**RxGuru:**
A desktop application designed to provide valid, daily drug pricing and analytics to the independent pharmacist at time of care so their patients may realize saving on their medications.

**Pinnacle-Tek:**
Information Technology consulting and staffing division, which focuses on pharmaceutical data research and analytics on product shortages and pricing benchmarks

COMPANY STRUCTURE OVERVIEW



## INDUSTRY OVERVIEW

- The U.S. pharmaceutical industry is a $330 billion industry consisting of over 65,000 pharmacy facilities and over 700 DEA-registered and 1,500 State-licensed suppliers.
- Approximately 24,000 pharmacies, representing $93 billion in annual purchasing power, are classified as "independent pharmacies" - **THIS SEGMENT REPRESENTS TRXADE'S TARGET MARKET**
- There are very few platforms currently in place to bring these participants together to share market knowledge, product pricing transparency and product availability.
- The pharmaceutical market is comprised primarily of three wholesalers (McKesson, Cardinal Health and Amerisource Bergen) that control an estimated 80% of the market.
- This concentration has, over the years, led to a lack of price and cost transparency, thereby resulting in severe limitations on the purchasing choices of industry participants.

## Opportunity for Trxade

- Cost Containment is the only Practical & Viable Solution for the Independent Pharmacy - ***Trxade.com offers this solution.***
- TRXADE.com brings Supplier Competition and valuable Pricing Transparency to the pharmaceutical market place through a safe, convenient and easy to use web based platform.





## Trxade.com - Overview

- Trxade .com is a web-based pharmaceutical marketplace which promotes and enables trade among independent pharmacies and large pharmaceutical suppliers nationally ("**Supplier-to-Pharmacy" or "S2P"**)

- Pharmacies also have the ability trade amongst each other **("Pharmacy-to-Pharmacy" or "P2P"**)

- Other value-added components include access to Trxade's proprietary pharmaceutical shortage database, data analytics regarding medication pricing, and manufacturer return policies

- The Trxade platform generates revenue by charging a transaction fee to the seller of the products for sales conducted via the Trxade platform.

- *The buyer does not bear the cost of transaction fees for the purchase that they make nor do they pay a fee to join or register on the Trxade platform*



### Key User Benefits Include:

- Safe, Secure Web-Based Platform
- Access to Multiple Supplier Sources
- Easy Price Comparison & Purchasing
- Price Transparency
- Supplier Competition – **Lowest Prices**



TRXADE.COM

## Trxade.com - Supplier to Pharmacy Trade

S2P

- Trxade is a commission based platform, with suppliers paying the fee

- The chart below shows the revenue potential **per pharmacy** to Trxade based on varying percentages of pharmaceutical products that a single pharmacy purchases on the Trxade platform.  The key assumptions are as follows:

  - *On average, each pharmacy purchases $3.6 million of product/year*

  - *Trxade's commission is 5% of the value of products purchased on the platform*



## Trxade.com - Supplier to Pharmacy Trade

S2P

- Trxade currently has approximately **4,200 pharmacies** registered as users of the platform

- Our revenue growth on this platform will come from two primary sources:

  1. *Increases in the number of registered users*

  2. *Increases in the utilization rate of the trading platform among registered users*

- The table below shows the revenue growth opportunity by varying numbers of registered users and utilization rates (and is not intended as an actual financial projection of revenue).

| ANNUALIZED REVENUE POTENTIAL FROM S2P PLATFORM | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NUMBER OF PHARMACIES UTILIZING THE TRXADE PLATFORM | | | | | | | | | | |
| % OF PRODUCT PURCHASED THROUGH TRXADE | | 1,000 | 1,200 | 1,400 | 1,600 | 1,800 | 2,000 | 2,200 | 2,400 | 2,600 | 2,800 | 3,000 |
| | 1% | $ 1,800,000 | $ 2,160,000 | $ 2,520,000 | $ 2,880,000 | $ 3,240,000 | $ 3,600,000 | $ 3,960,000 | $ 4,320,000 | $ 4,680,000 | $ 5,040,000 | $ 5,400,000 |
| | 3% | $ 5,400,000 | $ 6,480,000 | $ 7,560,000 | $ 8,640,000 | $ 9,720,000 | $ 10,800,000 | $ 11,880,000 | $ 12,960,000 | $ 14,040,000 | $ 15,120,000 | $ 16,200,000 |
| | 5% | $ 9,000,000 | $ 10,800,000 | $ 12,600,000 | $ 14,400,000 | $ 16,200,000 | $ 18,000,000 | $ 19,800,000 | $ 21,600,000 | $ 23,400,000 | $ 25,200,000 | $ 27,000,000 |
| | 10% | $ 18,000,000 | $ 21,600,000 | $ 25,200,000 | $ 28,800,000 | $ 32,400,000 | $ 36,000,000 | $ 39,600,000 | $ 43,200,000 | $ 46,800,000 | $ 50,400,000 | $ 54,000,000 |
| | 12% | $ 21,600,000 | $ 25,920,000 | $ 30,240,000 | $ 34,560,000 | $ 38,880,000 | $ 43,200,000 | $ 47,520,000 | $ 51,840,000 | $ 56,160,000 | $ 60,480,000 | $ 64,800,000 |
| | 15% | $ 27,000,000 | $ 32,400,000 | $ 37,800,000 | $ 43,200,000 | $ 48,600,000 | $ 54,000,000 | $ 59,400,000 | $ 64,800,000 | $ 70,200,000 | $ 75,600,000 | $ 81,000,000 |
| | 18% | $ 32,400,000 | $ 38,880,000 | $ 45,360,000 | $ 51,840,000 | $ 58,320,000 | $ 64,800,000 | $ 71,280,000 | $ 77,760,000 | $ 84,240,000 | $ 90,720,000 | $ 97,200,000 |
| | 20% | $ 36,000,000 | $ 43,200,000 | $ 50,400,000 | $ 57,600,000 | $ 64,800,000 | $ 72,000,000 | $ 79,200,000 | $ 86,400,000 | $ 93,600,000 | $ 100,800,000 | $ 108,000,000 |
| | 25% | $ 45,000,000 | $ 54,000,000 | $ 63,000,000 | $ 72,000,000 | $ 81,000,000 | $ 90,000,000 | $ 99,000,000 | $ 108,000,000 | $ 117,000,000 | $ 126,000,000 | $ 135,000,000 |
| | 30% | $ 54,000,000 | $ 64,800,000 | $ 75,600,000 | $ 86,400,000 | $ 97,200,000 | $ 108,000,000 | $ 118,800,000 | $ 129,600,000 | $ 140,400,000 | $ 151,200,000 | $ 162,000,000 |



## Trxade.com - Pharmacy to Pharmacy Trade

P2P

- Trxade.com offers Pharmacy-to-Pharmacy (P2P) services to pharmacy members in P2P-allowable states

- Pharmacies trade overstock products that are in temporary shortage and other "hard to find" medications

- Trxade automates and simplifies this process, providing convenience and significant savings to pharmacy participants

- Most pharmacies can have as much as 10-15% in overstock or products close to expiration

  - An average pharmacy pays approximately $1,200 in annual fees to returns/disposal facilities to dispose of their pharmaceuticals as well as the actual loss of the medication itself, amounting to tens of thousands of dollars in annual losses





## Westminster R$_X$ - Wholesale Division

- Westminster R$_X$, Trxade Group's wholly-owned distribution arm,  maintains the most comprehensive, real-time, generic pharmaceutical product shortage database in the industry and has developed proprietary algorithms to identify pharmaceutical products that it projects will be in short supply

    - *Westminster capitalizes on this information by purchasing inventory in these "short supply" products and selling them at much higher prices once the product shortage is realized in the market*

- There are currently over (600) retail, specialty and acute care generic pharmaceutical products in the Westminster Pharmaceuticals database.

- The FDA reported only 200 product shortages for 2012, and as indicated by the graph from the University of Utah Drug Information Services there were 210 products in short supply as of 9-15-2012.

- Most product shortages are not anticipated by the wholesaler or dispensing pharmacy.

- The pie shaped graph indicates that over half of product shortages are for unknown reasons as of 2011

    - ***Westminster has been able to reduce that unknown to approximately 5% to 10% by undertaking a proactive methodology of quantifying the relationship between price trends and product shortages***



Figure 1   National drug shortages from January 2001 to September 15, 2011. Each column represents the number of new shortages identified during that year. (From Fox ER. University of Utah Drug Information Service.[7])



Figure 2   Causes of drug shortages in 2011 as of September. (From Fox ER. University of Utah Drug Information Service.[7])

WESTMINSTER PHARMACEUTICALS – WHOLESALE DIVISION

## Westminster Pharmaceuticals -  Private Label Wholesale Division

- Westminster Pharmaceuticals is currently in negotiations with contract manufacturers to produce branded generic pharmaceuticals on its behalf for distribution through its trading platform

  - Westminster intends to partner with manufacturers that have their own ANDA (Abbreviated New Drug Application) to manufacture these drugs under their own label

- Below are three ANDAs that the Company intends to launch into the market in the third and fourth Quarter of 2015:

### Pantoprazole



### Pioglitazone



### Levofloxacin



### Famotidine



### Fluoxetine



### Lamotrigine





## Pinnacle-Tek - IT Support

- Pinnacle Tek is the Information Technology consulting and staffing division, with particular focus on pharmaceutical data research and analytics on product shortages and pricing benchmarks.
- Pinnacle Tek is a consulting organization established to engineer optimal business solutions by applying and integrating existing and emerging information technologies. In tune with the diverse technological requirement of the corporate sector, Pinnacle Tek, Inc. was formed to provide much needed strategic technology resources and products.
- We charge a consulting fee to clients on an hourly basis , and we have generated revenue through our IT consulting and job placement services. Our data analytics portion has not realized any revenue generation to date.
- Pinnacle Tek brings business and industry knowledge and experience to the challenges faced by the healthcare industry. We offer IT services to some of the nation's top healthcare providers and payers. With its strong team of certified domain consultants, we deliver a range of consultants with varying degree of expertise and skills in the healthcare space.

### PharmabayOnline.com

- Pharmabayonline.com was created by Pinnacle-Tek to provide access to proprietary pharmaceutical data analytics to U.S. based independent pharmacies, pharmaceutical shortage databases, proposed governmental reimbursement benchmarks comparison and analysis, and a proprietary suggested national retail drug benchmark.
- To date no revenue has been generated from this service.

### RxGuru

- RxGuru is a software as a service-based desktop application designed to provide valid, daily drug pricing and analytics to the independent pharmacist at time of care so their patients may realize saving on their medications.
- This application works in conjunction with the Trxade platform but to date has not driven any revenue.





## Trxade.com – Growth Phases

GROWTH PHASES

**Trxade stays on the cutting edge of technology to ensure consistent growth and market share. This illustration represents the historical and projected growth of the platform:**

Phase 4 Inventory Rx – National Marketing Campaign / Contract Manufacturing

Phase 2: RxGuru App - Improvements to Functionality and Design

Phase 5: Addition of New Industry Sectors (Hospitals, Veterinary, Long-Term Care)

Phase 1: Trxade Rx – National launch & marketing campaign

Phase 3: Bulk Upload – Ability for Buyers to Compare & Purchase against their Primary Supplier.



## Trxade.com - Supplier to Pharmacy Trade

S2P

- Trxade currently has approximately **4,200 pharmacies** registered as users of the platform

- Our revenue growth on this platform will come from two primary sources:

    1. *Increases in the number of registered users*

    2. *Increases in the utilization rate of the trading platform among registered users*

- The table below shows the revenue growth opportunity by varying numbers of registered users and utilization rates (and is not intended as an actual financial projection of revenue).

| ANNUALIZED REVENUE POTENTIAL FROM S2P PLATFORM | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NUMBER OF PHARMACIES UTILIZING THE TRXADE PLATFORM | | | | | | | | | | |
| | | 1,000 | 1,200 | 1,400 | 1,600 | 1,800 | 2,000 | 2,200 | 2,400 | 2,600 | 2,800 | 3,000 |
| % OF PRODUCT PURCHASED THROUGH TRXADE | 1% | $ 1,800,000 | $ 2,160,000 | $ 2,520,000 | $ 2,880,000 | $ 3,240,000 | $ 3,600,000 | $ 3,960,000 | $ 4,320,000 | $ 4,680,000 | $ 5,040,000 | $ 5,400,000 |
| | 3% | $ 5,400,000 | $ 6,480,000 | $ 7,560,000 | $ 8,640,000 | $ 9,720,000 | $ 10,800,000 | $ 11,880,000 | $ 12,960,000 | $ 14,040,000 | $ 15,120,000 | $ 16,200,000 |
| | 5% | $ 9,000,000 | $ 10,800,000 | $ 12,600,000 | $ 14,400,000 | $ 16,200,000 | $ 18,000,000 | $ 19,800,000 | $ 21,600,000 | $ 23,400,000 | $ 25,200,000 | $ 27,000,000 |
| | 10% | $ 18,000,000 | $ 21,600,000 | $ 25,200,000 | $ 28,800,000 | $ 32,400,000 | $ 36,000,000 | $ 39,600,000 | $ 43,200,000 | $ 46,800,000 | $ 50,400,000 | $ 54,000,000 |
| | 12% | $ 21,600,000 | $ 25,920,000 | $ 30,240,000 | $ 34,560,000 | $ 38,880,000 | $ 43,200,000 | $ 47,520,000 | $ 51,840,000 | $ 56,160,000 | $ 60,480,000 | $ 64,800,000 |
| | 15% | $ 27,000,000 | $ 32,400,000 | $ 37,800,000 | $ 43,200,000 | $ 48,600,000 | $ 54,000,000 | $ 59,400,000 | $ 64,800,000 | $ 70,200,000 | $ 75,600,000 | $ 81,000,000 |
| | 18% | $ 32,400,000 | $ 38,880,000 | $ 45,360,000 | $ 51,840,000 | $ 58,320,000 | $ 64,800,000 | $ 71,280,000 | $ 77,760,000 | $ 84,240,000 | $ 90,720,000 | $ 97,200,000 |
| | 20% | $ 36,000,000 | $ 43,200,000 | $ 50,400,000 | $ 57,600,000 | $ 64,800,000 | $ 72,000,000 | $ 79,200,000 | $ 86,400,000 | $ 93,600,000 | $ 100,800,000 | $ 108,000,000 |
| | 25% | $ 45,000,000 | $ 54,000,000 | $ 63,000,000 | $ 72,000,000 | $ 81,000,000 | $ 90,000,000 | $ 99,000,000 | $ 108,000,000 | $ 117,000,000 | $ 126,000,000 | $ 135,000,000 |
| | 30% | $ 54,000,000 | $ 64,800,000 | $ 75,600,000 | $ 86,400,000 | $ 97,200,000 | $ 108,000,000 | $ 118,800,000 | $ 129,600,000 | $ 140,400,000 | $ 151,200,000 | $ 162,000,000 |



TRXADE HISTORY

## Historical Timeline



Trxade Group, Inc. was incorporated as Bluebird Exploration under laws of Delaware in 2005

Trxade has acquired its first customer in 2013

The Company changed its name to Trxade Group, Inc. in 2014 after Merger TICKER SYMBOL: TRXD

**2005  2010  2013  2014  2015**

Trxade Platform Development

Trxade, Inc. was merged with Bluebird Exploration a Public Company Shell in Jan 2014

Trxade, Inc. intends to launch Private Label Distribution in 2015

## Management Structure



Suren Ajjarapu/ CEO

Prashant Patel / COO

Howard Doss/CFO

Jeff David/CTO

TJ Anthony VP of Sales

Carole Lucas/VP of Operations

Adrienne Haynes/ VP of Finance



# Management

### Suren Ajjarapu, Chairman of the Board, Chief Executive Officer and Secretary

Mr. Ajjarapu has served as our Chairman of the Board, Chief Executive Officer and Secretary since our acquisition of Trxade Nevada (our predecessor company) on January 8, 2014, and as the Chairman of the Board, Chief Executive Officer and Secretary of Trxade Nevada since its inception. Mr. Ajjarapu was a Founder, CEO and Chairman of Sansur Renewable Energy, Inc., a company involved in developing wind power sites in the Midwest, United States, from 2009 to 2012. Mr. Ajjarapu was a Founder, President and Director of Aemetis, Inc., a biofuels company (AMTX.OB) and a Founder, Chairman and Chief Executive Officer of International Biofuels, a subsidiary of Aemetis, Inc., from 2006 to 2009. Mr. Ajjarapu was Co-Founder, COO, and Director Global Information Technology, Inc., an IT outsourcing and systems design company, headquartered in Tampa, Florida with major operations in India from 1995 to 2006. Mr. Ajjarapu acts as a non-Executive Director for AIM-listed company Nandan Clean Tec Plc. (Ticker: NAND), a backward integrated Biofuels company. Mr. Ajjarapu holds an MS in Environmental engineering from South Dakota State University, Brookings, South Dakota, and an MBA from the University of South Florida, specializing in International Finance and Management. Mr. Ajjarapu is also a graduate of the Venture Capital and Private Equity program at Harvard University. Our Board of Directors believes that Mr. Ajjarapu's history with our company, from both an operational standpoint and that of a member of management, are vital to the Board's collective knowledge of our day-to-day operations.

### Prashant Patel, Director, COO and President of the Company

Mr. Patel has served as our full-time President and COO,  and as a director since our acquisition of Trxade Nevada on January 8, 2014, and as the COO and President and as a director of Trxade Nevada since its inception. . Mr. Patel is a registered pharmacist and pharmaceutical consultant with over ten years of experience in retail pharmacy and pharmaceutical logistics and the founder of several pharmacies in the Tampa Bay area, FL. Mr. Patel has been a President and Member of the Board of Trxade since August 2010. Since October 2008, Mr. Patel has been Managing Member of the APAA LLC, a pharmacy. Since April 2007, Mr. Patel has been a Vice President of Holiday Pharmacy, Inc., a pharmacy. Mr. Patel graduated from Nottingham University School of Pharmacy and practiced in the UK before obtaining his masters in Transport, Trade and Finance from Cass Business School, City University, UK. Our Board of Directors believes that Mr. Patel's history with our company, from both an operational standpoint and that of a member of management, are vital to the Board's collective knowledge of our day-to-day operations.

### Howard A. Doss, Chief Financial Officer

Mr. Doss has served as our part-time CFO since January 2014. Previously, Mr. Doss has served in a variety of capacities with accounting and investment firms. Mr. Doss was City Executive for U.S. Trust in Sarasota, responsible for high net worth individuals. He served as CFO and Director for Sansur Renewable Energy, an alternative energy development company, from 2010 to 2012. Mr. Doss has also served as President of STARadio Corp. since 2005. Mr. Doss is a member of the America Institute of CPA's and a graduate of Illinois Wesleyan University.

## Independent Directors

### Donald G. Fell, Director

Mr. Fell has served as a Director of our company since January 2014, as well as a director of Trxade Nevada since December 2013. Since 1992, Mr. Fell has been a Director/Professor Foundation for Teaching Economics. From 1995 to 2012, Mr. Fell was Senior Fellow/Professor at the Executive MBA faculty at the University of South Florida. He was also a Visiting Professor at the University of Rochelle, FR in 2010. Mr. Fell holds degrees in Economics from Indiana State University, with additional graduate work in Economics at Northern Illinois University and Illinois State University. Mr. Fell since 2012 has been employed as Institute Director and Professor for the Davis, CA based Foundation for Teaching Economics, conducting Institutes related to 1) economic policy; and 2) environmental economics. Institute audiences consist of university/college professors, high school teachers and government leaders. These Institutes have been held throughout the U.S. Our Board of Director's believes that Mr. Fell's extensive experience in the field of economics and business will provide us with valuable insight as we seek to execute our business strategy.

### Fernando V. Sanchez , Director

Mr. Sanchez has served as a Director of our company since March 17, 2015. Mr. Sanchez was Senior Vice President and CFO of HealthLand, a private healthcare information technology enterprise, from 2011 to 2012.  Prior to that Mr. Sanchez was CEO and member of the Board of Directors of Body Media, a private medical device and consumer device company and leader in solutions for metabolic disorders from 2006-2009.  Further, Mr. Sanchez was a member of the Board of Advisors of the Florida Council on Economic Education, a not-for-profit organization dedicated to promoting economic education, from 1987 to 1996 and Director of the Miami Rescue Mission, a homeless shelter since 1991.  He has been an active member of the NACD, National Association of Corporate Directors, currently working on the NACD Governance Fellow credentials, since February of 2011. Mr. Sanchez holds a B.Sc., Mechanical and Ocean Engineering, University of Miami, and an MBA, Corporate Policy and Finance, from the University of Michigan. Our Board of Director's believes that Mr. Sanchez is an accomplished business executive, who has been successful in multiple enterprises-from private start-ups to public major corporations (Medtronic, Cordis, Vodafone). He was one of the lead executives during Vodafone's initial public offering and helped lead its successful ramp-up and sales growth to become a cellphone service leader in Europe.  He was also involved in various leadership positions in the electronics and medical device industry, such as coronary and peripheral cardiovascular diseases, sports medicine, ear/nose/throat, spinal therapies, metabolic disorders such as obesity and diabetes, data communications/telephony, and wireless/wearable telemetry processors.



## Trxade Group, Inc. – Equity Snapshot

EQUITY SNAPSHOT

| | |
|---|---|
| Symbol | TRXD:OTCQB* |
| Fiscal Year End | December 31 |
| State of Incorporation | Delaware |
| Shares Outstanding | 30.46 million |
| Management / Affiliate Ownership | 26.5 million (86.97%) |

*\* Following the effectiveness of the Company's Form 10 Registration Statement in August 2014, the Company moved from being an OTC Pink listed company to a fully reporting OTCQB company.*



# Capitalization

| _Common Stock_ | Pre-Financing Capitalization | % Ownership | |
|---|---|---|---|
| | | **Basic** | **Fully Diluted** |
| Suren Ajjarapu, Chairman/CEO | 14,250,000 | 46.77% | 44.81% |
| Prashant Patel, Director/COO/President | 12,250,000 | 40.20% | 38.52% |
| Series A Convertible Preferred Stock (1) | 1,045,000 | 3.43% | 3.29% |
| Other Current Shareholders | 2,924,160 | 9.60% | 9.19% |
| **Total Common Shares** | **30,469,160** | **100.00%** | **95.80%** |
| | | | |
| _Other Potentially Dilutive Securities_ | | | |
| Warrants (2) | 435,000 | - | 1.37% |
| Stock Options (3) | 900,000 | - | 2.83% |
| Total Potentially Dilutive Securities | 1,335,000 | - | 4.20% |
| | | | |
| **FULLY DILUTED SHARES OUTSTANDING** | **31,804,160** | **100.00%** | **100.00%** |

_(1) On August 11, 2014, the Series A Convertible Preferred Stock automatically converted into common stock upon the effectiveness of the Company's Form 10 Registration Statement_
_(2) Five year warrants issued during Oct. - Dec. 2013.  Exercise price is $1.00._
_(3) Stock options vest in approximately 4 years with an exercise price of  $1.00._



## Business Highlights

Unique Business Model – low risk/high margins

Large Target Market – 24,000 Independent Pharmacies / $93 billion of annual purchases

Proprietary Technology / Comprehensive Database

Established and growing business – 4,200+ pharmacies and growing

Experienced and proven management team

BUSINESS HIGHLIGHTS



## DISCLAIMER

**THIS BUSINESS SUMMARY IS NOT AN OFFER TO SELL OR A SOLICITATION TO BUY ANY SECURITIES OF TRXADE GROUP, INC. IT IS ONLY A BRIEF SUMMARY THAT CONTAINES FORWARD LOOKING STATEMENTS AND PROJECTIONS WHICH FOR INFORMATION PURPOSES ONLY, ARE SUBJECT TO CHANGE, AND SHOULD NOT BE CONSIDERED AS PROVIDING SUFFICIENT INFORMATION TO EVALUATE ANY INVESTMENT IN THE COMPANY. ANY SECURITIES WHICH MAY BE OFFERED BY THE COMPANY SHALL BE DONE SO ONLY BY MEANS OF A CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM IN COMPLIANCE WITH APPLICABLE SECURITIES LAWS.**

**Certain of the statements contained herein, including any financial projections and estimations, are statements of future expectations and other forward-looking statements that are based on management's current views and assumptions and involve known and unknown risks and uncertainties that could cause actual results, performance or events to differ materially from those expressed or implied in such statements. In addition to statements which are forward-looking by reason of context, the words 'may, will, should, expects, plans, intends, anticipates, believes, estimates, predicts, potential, or continue' and similar expressions identify forward-looking statements.**

**Actual results, performance or events may differ materially from those in such statements due to, without limitation, (i) general economic conditions, including in particular economic conditions in the Trxade Group, Inc. and its core business products and markets, (ii) pharmaceutical prices and the pharmaceutical industry in general, (iii) customer acquisition success, (iv) market acceptance of our products and services (v) relationships with pharmaceutical suppliers, (vi) changing levels of competition, (viii) changes in laws and regulations, and (ix) availability of financing. The forward-looking statements contained in this Business Summary are made as of the date hereof, and we do not undertake any obligation to update any forward-looking statements to reflect events or circumstances after the date on which any such statement is made or to reflect the occurrence of unanticipated events.**



## Contact Information

*For additional information, please contact any of the individuals below:*

### Trxade Group, Inc.

1115 Gunn Highway
Odessa, FL -33556
Phone: (800) 261-0281
http://www.trxadegroup.com/

**Suren Ajjarapu, CEO**
(813) 601-3533
Suren@trxade.com

CONTACT INFORMATION

