

Memantine                                                                              Yahoo/papers s... ⭐

**Gajan Mahendiran** <gaj416@yahoo.com>                           🖨 🔗  Sat, Jan 30, 2016 at 4:44 PM ⭐
To: Harsh Datta, Suren Ajjarapu

Hi Harsh,

I have prepared a document with recent developments and other informations put in a succinct manner for your partners to go through easily.
Suren and I are happy to elaborate on conference call tomorrow on any questions they may have.
best regards,
gajan

NEXGEN M....docx
66.8kB