

# NEXGEN MEMANTINE INC

# MEMANTINE IR

. This drug treats moderate to sever Alzheimer and Dementia.

. There 2 classes of drugs that treat this disease process which are acetylcholinesterase inhibitors and NMDA antagonist. Memantine is the Only drug in the NMDA category.

. 2014 Memantine sales according to IMS was $835 million US dollars.

. On a conservative basis Nexgen will have 3% market share of pie. This amounts to $25 million dollars per annum.

. 3% market based on current wholesale distributors who are already buying drugs( brominidine tartrate, gabapentin, hydrochlorothiazide, irbesartan etc) from us.

.Unlike the previously mentioned drugs, Memantine will be owned by us and our investing group.

. The incorporation with ties to TRXADE, has 128 trade accounts open, so the 3% is our bottom line number.

. This 128 open accounts translates into 60,000+ chain stores and 27,000 independent pharmacies, plus 1,500 regional and local suppliers.

INVESTORS

. Your entrance into our partnership is as Preferred Stock holder.

. As a Preferred stock holder you will be getting 12% dividend rate on your investment plus over 8% net profit sharing on every $1million invested.

. The dilution of our shares is set at maximum of $2 million.

. Based on our wholesale distributors who are already buying from us, we have already reached well beyond $ 2 million dollars in goods they will be purchasing.

. This exciting information allows us to maximize our dilution t $2 million.

. You will be given a 1099 on based on your investment for dividend announced.

. To further protect your money the corporation will also provide a corporate guarantee.