< WarrentonGajanMahe…
+12016868338

Sunday, November 15, 2015

**Good morning Gajan,
Please send me address when free.**

9:56 AM

 Good morning Hersh.
We will meet at 2pm
Panera Bread
Woodland Park Crossing, 2328
Woodland Crossing Dr, Herndon, VA
20171

Is this ok? 10:15 AM

**Yes, it is fine.**
10:17 AM

 Great see you at 2 10:20 AM

Monday, November 16, 2015

 Good morning Hersh. Thank
you for meeting us yesterday. I
wanted to share the contact info
for Suren:
(813) 601-3533
ceo@sansurre.com
Please provide us your email as
well.
Looking forward to a great
working relationship.

MMS



Scanned by CamScanner



**WarrentonGajanMahe…**
+12016868338

**W** Great see you at 2  10:20 AM

Monday, November 16, 2015

**W** Good morning Hersh. Thank you for meeting us yesterday. I wanted to share the contact info for Suren:
(813) 601-3533
ceo@sansurre.com
Please provide us your email as well. Looking forward to a great working relationship.
MMS
9:30 AM

Friday, November 20, 2015

**W** Free to talk for a minute?  9:55 AM

10:04 AM  With patients, I'll call. Sorry

**W** I understand. No problem. I will be emailing you the subscription agreement for your review. We can have a conference call with Suren this weekend at your convenience to go over the documents.
Take care.
10:20 AM

10:21 AM  Ok. Thnx

## WarrentonGajanMahe...
+12016868338

Tuesday, December 15, 2015

 Good afternoon Harsh. I sent email today with info we discussed. Please let me know if you have questions Also let's set up a phone call tomorrow with you and partner. Thanks

2:01 PM

Thank you. I'll look into it.  3:19 PM

Gajan, do you prefer telephone call with us or face to face meeting? We are free after 6pm tomorrow wednesday. Let me know please.

9:50 PM

 We can have a teleconference first. This will include myself and Suren, I will set it up send you the call in information which you can share with your partners. We can meet face to face subsequent to this call if you like as well.

Is that ok?  10:04 PM

Wednesday, December 16, 2015

Ok  6:45 AM

 Hi Harsh. Here is the call in info for this evening at 6pm: 605-475-2090 Access code: 350764#

Scanned by CamScanner

1:49

## WarrentonGajanMahe...
+12016868338

Monday, December 21, 2015

**W** Hi Harsh. Suren would like to follow up with you today after yesterday's call. Is 5 or 5:30pm good for you?
3:26 PM

3:35 PM  5pm should be fine.

**W** Ok thank you  3:37 PM

Gajan,
Can you please let me know when we can we write checks, who do we write it to. ..is it going to be Nexgen Inc or something else?
8:40 PM

**W** Hi Harsh, yes it will be to Nexgen. We have a SunTrust acct...will give more info via email/phone. Thanks
8:58 PM

All I need name is for checks because I'll be giving you checks only at this time.
8:59 PM

**W** Ok it will be "Nexgen Memantine inc."  9:09 PM

Thnx. I'll wait for details on guarantee security issue.
9:24 PM

| | | | ○ | ‹ |



Scanned by CamScanner

1:50

< **WarrentonGajanMahe…**
+12016868338

Sunday, January 3, 2016

Gajan,
Is it possible to have tel conference
with my friend Dr. Manish Arora
tomorrow at 9pm? Let me know please.
8:38 PM

W Sure no problem.
I am on call tomorrow, if I have any
pending patients, I will let you know
early enough
8:54 PM

Monday, January 4, 2016

Should i send him same Tele
conference number that you sent me
10:18 AM earlier?

W Hi Harsh. Yes that will be fine   10:29 AM

10:30 AM   Ok

Gajan.
Another friend of mine will be joining
us at tel meeting today. His name is Dr.
Surinder Tank and he is a neonatologist
2:54 PM also.

W Ok sounds good. Should I get Suren
on line as well to speak on the

III   ◯   <

Scanned by CamScanner

## Me
8:29 PM, Jan 28

Gajan,
I was going thru the papers that you gave me.
As per our discussions/agreement (interest of
12% per annum untill we get our principal back,
in form of interest or profit, + shares at price of
1.15$ per share), i am unable to find that 12%
document part in the papers you gave me.
I am telling my friends about this deal but i am
unable to confirm it without this crucial document
stating 12%interest part.
My reputation is on stake right now. Please
send this document asap so that I may avoid
unpleasant situations coming towards me.
Thnx. I hope you understand my situation.
Harsh

Copy text                          Share

< **WarrentonGajanMahe...**
+12016868338

Saturday, January 30, 2016

**W** Suren is delayed till 12:30pm. Can we do conf. Call then?

10:53 AM

**W** If not please let me know of time past 12:30 and I will coordinate... Sorry for this but he got stuck with family duties...

11:01 AM

**W** Suren apologizes to you and partners for the delay today. He can conference today anytime after 12:30pm Tomorrow anytime after 11am

11:35 AM

**W** Just sent info on Memantine investment.

4:44 PM

**W** Was the Memantine doc I sent look ok for your investors?

8:23 PM

I forwarded it to them and asked them to ask questions if any during talk, timing of that which could not be finalized yet.

9:19 PM

**W** No problem . Thanks for feed back. If it needs to be 2 separate calls. We will make it happen. Anytime after 11am, let me know

9:27 PM

Scanned by CamScanner

1:53

**WarrentonGajanMahe…**
+12016868338

10:12 PM

Sunday, January 31, 2016

Gajan,
Can you have tel conference at 6pm?
This is with some other docs.
3:44 PM

**W** Ok just texted Suren waiting for reply.
Will make it happen
3:56 PM

**W** We confirmed for 6. With same call
in info
4:02 PM

4:21 PM  Ok. Thnx.

Is this correct?
Call info for this evening at 6 PM:
605-475-2090;  access code:350764#
4:22 PM

**W** Yes  5:11 PM

There are two people Jitendra jain - pe-
diatrician and Scariya Kumaramanglam
- psychiatrist. They know the topic and
my Friend Dr. Manish Arora has spoken
to them.
5:54 PM

**W** Great thanks!  5:56 PM

Scanned by CamScanner

**WarrentonGajanMahe…**
+12016868338

> Gajan, i have 175000 in hand from Dr. Jitendra and Dr. Kumar from Huntsville. How to proceed further with papers?
>
> 8:55 PM

 Hi Harsh. If you time we can meet tomorrow. I can bring preferred docs and guarantee. If not tomorrow I am in the hospital Thursday and Friday. I would need their full name and address.
Thank you

9:08 PM

> I'll be in Warrenton from Thursday till sunday.
>
> 9:32 PM

Friday, February 5, 2016

 Hi Harsh. It looks like it's going to be closer to 8-8:30pm to meet at Faang Thai. Is that ok?

6:37 PM

> That's fine. 
>
> 6:43 PM

Thursday, February 11, 2016

> Sorry, I'll on phone.
>
> 8:21 PM

 No problem. Please call if you have time

8:2 


〈 WarrentonGajanMahe...
+12016868338

Wednesday, April 20, 2016

Hi Gajan,
How are you?
7:11 AM  Any good news to share?



Good morning Harsh. I am doing well
how are you?
Things on the investment front are
progressing well. It's on the same time
line. We can talk more if you like

Good morning Harsh. I am doing well
how are you?
Things on the investment front are
progressing well. It's on the same
time line. We can talk more if you
like
8:07 AM

Saturday, April 23, 2016

Hi Gajan,
10:56 AM  How are you? working today?

Tuesday, April 26, 2016



      

      

Scanned by CamScanner

1:55

< **WarrentonGajanMahe...**
+12016868338

Friday, May 13, 2016

Good morning,
How are you?
The investors were asking about
updates...can you please email some
updates?
Harsh

7:24 AM

Saturday, May 14, 2016



Good morning Harsh. Sorry for late
response. Had busy call day...just
waking up.
Since we last spoke towards end
April, some progress has been
made. We are handling couple of
queries posed to us from FDA.
These are formalities we have
to go through since this is a new
company. Let me know if you ha

📄 **View all**                    >

11:34 AM

Gajan,
Thankyou for reply. Well, after hard
work, <u>today</u> you can enjoy nice
weather :)
Can you please send email with What is
approximate expected date of finishing
paperwork? Are we still on schedule
or started running behind a little? I'll
forward that email to all parties

Scanned by CamScanner

< WarrentonGajanMahendiranAnesth... ⋮

12:01 PM, May 14

No problem,I will send an email. I would tell your partners Not to be anxious at all. The federal bureaus have their own timetables for conducting business and unfortunately we are at their mercy. Regardless with your groups money and our(mine and Suren) money we have secured wholesalers for distributing, which is a big positive.
I will email the same when I get a chance.
You can call me anytime



Copy text          Share

||| ◯ ＜

Scanned by CamScanner

WarrentonGajanMahe...
+12016868338

Friday, June 10, 2016

Hi Gajan,
How are you? I hope not too busy. Any updates on Nexgen?

8:55 PM

Saturday, June 11, 2016

 Good morning Harsh. Hope all is well with you. Nothing major to report. The FDA has accepted the receipt of the queries along with the format according to our agent. Once something more significant comes, I will inform you right away.

10:22 AM

Saturday, July 16, 2016

Hello Gajan,
I hope all is well with you and family. All of investors are getting anxious and asking me about Good news delivery....i hope that you have some good news to share. I am feeling lot of pressure now. I hope you understand my situation.

6:54 PM

 Hi Harsh. Good to hear from you. I also hope everybody at home is well. To update, Suren is flying to India next week Tuesday to meet with inspectors to make sure the finished goods are "ok" with the FDA. This is positive forward movement.

Scanned by CamScanner

WarrentonGajanMahendiranAnesth...

7:19 PM, Jul 16

Hi Harsh. Good to hear from you. I also hope everybody at home is well.

To update, Suren is flying to India next week Tuesday to meet with inspectors to make sure the finished goods are "ok" with the FDA.  This is positive forward movement.

I was going to call/ text you after this meeting... Be assured we are working diligently to get this done. If we force it and make a mistake with paper work or finished product, it will greatly delay us.

Like you, I have much  pressure on me to perform for you and partners. I have confidence this will come through in due time.

Copy text

Share

 WarrentonGajanMahe...
+12016868338

Tuesday, July 4, 2017

 Hi Harsh. Sorry for late response. I feel the same way as you expressed on your email.
Please provide me Manish's number.

5:26 PM

His cell nunber is 5712210404

6:29 PM

Monday, August 21, 2017

Hi Gajan,
How are you? I hope you having nice summer time. Any good news, please share !

6:01 PM

Tuesday, August 22, 2017

 Hi Harsh. I hope you're doing well. Since your text yesterday I have asked Suren for his response to and I'm waiting on the latest update. Once he updates me I will let you know. Take care

7:20 PM

Wednesday, August 30, 2017

Hi Gajan,
It has been a week already and no words in reply. Seems like there is nothing Suren has to say. Please let me



< **Me**
12:41 PM, Aug 30                                                    ⋮

Hi Gajan,
It has been a week already and no words in reply.
Seems like there is nothing Suren has to say.
Please let me know how I can get my money back
from you. I am still willing to work with you, but
all seems so dark that I am unable to hold on
to anything....I wish that you'll show me some
hope by shedding light on something worth.
Or, transfer money back as you promised like
a  gentleman in the beginning and during this
adventure. You gave me your word that you'll not
let anything wrong happen to my money and you
also told me that you earn enough money that
you can always return it. I need money to expand
my real estate business. I hope to hear from you
soon. This time, I do not want to involve Suren at
all, I want to talk to you only.
Thank you
Harsh

Copy text                                    Share

|||                    O                    <

**WarrentonGajanMahe...**
+12016868338

Thursday, March 15, 2018

Gajan, how are you doing?
Dr. Balvant and I wanted to sit with you
in some evening.... what days you are
free in evening this coming next week?

3:55 PM

Friday, March 16, 2018



Hi Harsh. Next 2 weeks are going to
be challenging...I am on a heavy call
schedule and week after I am away
on spring break.
Next week Tuesday or Thursday
if you come closer to me, I may
be able to see you both after 7pm
pending OR cases.

9:15 AM

Hi Gajan,
I am waiting for Dr. Balvant 's reply. We'll
come closer to you. I'll contact back
with time and day. Are you working on
Tuesday in evening?

9:37 PM

We'll meet you Tuesday evening.....we
can come meet you at your house.
Please let me know.

10:00 PM

Saturday, March 17, 2018

 On Tuesday my day typically ends by



WarrentonGajanMahe...
+12016868338

Gajan,
Please let me know if your intentions are right. Seems like you intentionally passing time.
I really hope that I am wrong.
5:57 PM

Monday, December 3, 2018

Hello Gajan,
Good morning !
I need to talk to you. What is the best time to call you?
5:41 AM

Gajan, call me please asap when get free.
7:41 PM

W   Sorry I am on call today and unfortunately busy. Call you tomorrow
8:21 PM

8:22 PM   Ok

9:46 PM   Around what time?

Wednesday, August 14, 2019

Gajan,
What is best time to talk to you? I have something very important and time sensitive thing to discuss.
12:36 PM

Scanned by CamScanner



WarrentonGajanMahe...
+12016868338

Gajan,
What is best time to talk to you? I have something very important and time sensitive thing to discuss.

12:36 PM



Hi Harsh. Can we talk around 1:15pm?

12:41 PM

Balvant and I want to sit with you to discuss the matter...when and where should we come?

12:43 PM

Thursday, August 15, 2019

10:25 AM    I'll call you back.

Ok. If it goes to voicemail, please text me and I will call you back. Reception is poor in hospital

10:26 AM

Monday, August 26, 2019

Gajan,
Good morning.
I talked to others and gave your message about mediation that you and your attorney advised. We all agreed for same. Dr. Jain is in touch with local attorney who will  facilitate it with you and your attorney. Stay in touch. I'll keep you updated.
Harsh

9:22 AM

< WarrentonGajanMahendiranAnesth... ⋮

10:57 AM, Aug 26

Hi Harsh, as discussed, I would recommend you all using Andrew Lennox, who is an attorney in Tampa that helped my friends in Tampa to deal with the Suren Memantine matter. He is well aware of the situation and most importantly he already has all information pertaining to this. Let me know if this something you all want to do and I can send you the contact information.
Thanks

Copy text          Share

III          ○          ‹

Scanned by CamScanner



**WarrentonGajanMahe...**
+12016868338

and your attorney. Stay in touch. I'll keep you updated.
Harsh

9:22 AM

**W** Good morning Harsh. Ok sounds good. Thanks for letting me know.

9:53 AM

**W** Hi Harsh, as discussed, I would recommend you all using Andrew Lennox, who is an attorney in Tampa that helped my friends in Tampa to deal with the Suren Memantine matter. He is well aware of the situation and most importantly he already has all information pertaining to this. Let me know if this so

📄 View all ›

10:57 AM



**W** Just some updated info: there is a possibility that you all may not be able to use Andrew Lennox, since he is representing other Memantine investors and he has to run a conflict check... just an fyi.

12:02 PM

Tuesday, August 27, 2019

8:04 PM  I'll call you back.

Friday, August 30, 2019

Scanned by CamScanner

< **Me**
5:54 AM, Dec 4

Hi Gajan,
It was nice hearing from you and your willingness to resolve this amicably. All the five of us did conference call last night and we also want this to be resolved amicably out of court. We just want all of our invested money back. This will be least stressful for everyone involved.

As you might be aware, we have retained legal counsel and will be moving forward with any and all legal options available to us.

Please forward me your lawyer's contact information so that our attorney can start the communication process.
Thanks.
Balvant Arora, Harsh Datta, Jatinder Jain, Manish Arora, Scariya Kumaramangalam

Copy text

Share

2:04

< WarrentonGajanMahe...
+12016868338

His number is : (813) 222-6630   10:29 AM

10:29 AM   Thnx

Saturday, January 18, 2020

Hi Harsh. Call me when you can.. thanks   1:55 PM

Monday, January 20, 2020

Gajan,
I am out for conference. I hope all is well.   9:12 AM

Hi Harsh . No problem. When you are back home from conference, please call me. It will be good to catch up. Thanks   11:14 AM

Wednesday, January 22, 2020

Gajan,
As per our attorney advice, I cannot discuss case with you directly until ongoing settlement process completes between you/your attorney and our attorney. I hope this makes sense.   7:15 PM



Scanned by CamScanner