# 2016 Profit Corporation Annual Report

| | | |
|---|---|---|
| Due on or Before: | November 1, 2016 | |
| ID: | 2015-000700604 | |
| State of Formation: | Wyoming | |
| License Tax Paid: | $50.00 | |
| AR Number: | 02614030 | |

**For Office Use Only**
Wyoming Secretary of State
2020 Carey Avenue, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

## Nexgen Memantine, Inc.

**1: Mailing Address**
19814 Sea Rider Way
Lutz, FL 33559

_Current Registered Agent:_
Business Filings International, Inc.
1908 Thomes Ave
Cheyenne, WY 82001

**2: Principal Office Address**
19814 Sea Rider Way
Lutz, FL 33559

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

Phone: (813) 601-3533
Email: Surensandhya@yahoo.com

**3: Officers and Directors**

| | |
|---|---|
| President / Director | Gajan Mahendiran - 4427 Corral Rd Warrenton , Virginia 20187 |
| Vice President / Director | Annapurna Gundlapalli - 19814 Sea Rider Way Lutz , Florida 33559 |
| Secretary | Annapurna Gundlapalli - 19814 Sea Rider Way Lutz , Florida 33559 |
| Treasurer | Gajan Mahendiran - 4427 Corral Rd Warrenton , Virginia 20187 |

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Gajan Mahendiran | Gajan Mahendiran | September 30, 2016 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

# 2017 Profit Corporation Annual Report

| | |
|---|---|
| Due on or Before: | November 1, 2017 |
| ID: | 2015-000700604 |
| State of Formation: | Wyoming |
| License Tax Paid: | $50.00 |
| AR Number: | 03917853 |

**For Office Use Only**
Wyoming Secretary of State
2020 Carey Avenue, Cheyenne, WY  82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

**Nexgen Memantine, Inc.**

1: Mailing Address

   8913 Regents Park Drive
   Suite # 550
   Tampa, FL 33647

_Current Registered Agent:_
Business Filings International, Inc.
1908 Thomes Ave
Cheyenne, WY 82001

2: Principal Office Address

   8913 Regents Park Drive
   Suite # 550
   Tampa, FL 33647

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the _appropriate_ Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

   Phone: (941) 957-8456
   Email: davidsaslow@gmail.com

3: Officers and Directors

| | |
|---|---|
| Director | Gajan Mahendiran - 4427 Corral Rd Warrenton , Virginia 20187 |
| Director | Annapurna Gundlapalli - 19814 Sea Rider Way Lutz , Florida 33559 |
| Secretary | Annapurna Gundlapalli - 19814 Sea Rider Way Lutz , Florida 33559 |

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| David Saslow | David Saslow | October 24, 2018 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

Instructions:
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

**2018**               **Profit Corporation Annual Report**

| | | |
|---|---|---|
| Due on or Before: | November 1, 2018 | **For Office Use Only** |
| ID: | 2015-000700604 | Wyoming Secretary of State |
| State of Formation: | Wyoming | 2020 Carey Avenue, Cheyenne, WY  82002-0020 |
| License Tax Paid: | $50.00 | 307-777-7311 |
| AR Number: | 04716719 | https://wyobiz.wy.gov/Business/AnnualReport.aspx |

**Nexgen Memantine, Inc.**

_Current Registered Agent:_
Business Filings International, Inc.
1908 Thomes Ave
Cheyenne, WY 82001

1:  Mailing Address

    8913 Regents Park Drive
    Suite # 550
    Tampa, FL 33647

2:  Principal Office Address

    8913 Regents Park Drive
    Suite # 550
    Tampa, FL 33647

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

    Phone: (941) 957-8456
    Email: davidsaslow@gmail.com

3: Officers and Directors

| | |
|---|---|
| Director | Gajan Mahendiran - 4427 Corral Rd., Warrenton, VA 20187 |
| Secretary / Director | Annapurna Gundlapalli - 19814 Sea Rider Way, Lutz, FL 33559 |

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| | | |
|---|---|---|
| DAVID MICHAEL SASLOW | DAVID MICHAEL SASLOW | June 24, 2019 |
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

**2019**     **Profit Corporation Annual Report**

| | |
|---|---|
| Due on or Before: | November 1, 2019 |
| ID: | 2015-000700604 |
| State of Formation: | Wyoming |
| License Tax Paid: | $50.00 |
| AR Number: | 04897309 |

<u>For Office Use Only</u>
Wyoming Secretary of State
2020 Carey Avenue, Cheyenne, WY  82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

**Nexgen Memantine, Inc.**

1: Mailing Address

   8913 Regents Park Drive
   Suite # 550
   Tampa, FL 33647

<u>Current Registered Agent:</u>
Business Filings International, Inc.
1908 Thomes Ave
Cheyenne, WY 82001

2: Principal Office Address

   8913 Regents Park Drive
   Suite # 550
   Tampa, FL 33647

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

   Phone: (941) 957-8456
   Email: davidsaslow@gmail.com

3: Officers and Directors

   Secretary / Director        Annapurna Gundlapalli - 19814 Sea Rider Way, Lutz, FL 33559

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| DAVID MICHAEL SASLOW | DAVID MICHAEL SASLOW | August 12, 2019 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.