UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Jitendra Jain,
Manish Arora,
Scariya Kumaramangalam,
Harsh Datta, and
Balvant Arora, as individuals
and derivatively on behalf of
Nexgen Memantine Inc.,

     Plaintiffs,

vs.

Nexgen Memantine Inc.,
Suren Ajjarapu,
Annapurna Gundlapalli,
Gajan Mahendiran,
Nexgen Life Sciences LLC,
Trxade Group, Inc., and
G&S Coal Traders, LLC,

     Defendants.

_____/

Case No.: 8:20-cv-02263-VMC-JSS

## DEFENDANT G&S COAL TRADERS, LLC'S
## ANSWER TO SECOND AMENDED VERIFIED COMPLAINT

Defendant G&S Coal Traders, LLC ("G&S") answers the Second Amended Verified Complaint (Dkt. 165). Regarding the allegations directed at it, G&S admits paragraph 12 for jurisdictional purposes only, and G&S is without knowledge regarding what Plaintiffs believe or do not believe as alleged in paragraph 85. Finally, for the remainder of the allegations directed at it (if any), G&S asserts a general denial pursuant to Federal Rule of Civil Procedure 8(b)(3).

WHEREFORE, G&S requests judgment in its favor, with an award of attorneys' fees and costs.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Jason Baruch*
Jason H. Baruch
Florida Bar No. 10280
Jason.baruch@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa, Florida  33602
Tel:  (813) 227-8500; Fax: (813) 227-0134
*Attorneys for Defendant, G&S Coal Traders, LLC*