UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK



**PUBLIC NOTICE REGARDING DISCOVERY**

Discovery materials[1] shall not be filed with the Court as a matter of course. See Middle District Discovery (2021) §I. C. 1. Discovery materials may be filed only if ordered by the Court, if necessary to the presentation or defense of a motion, or if required by law or rule.

The Clerk of Court neither accepts nor files improper discovery material regardless of the sender's mode of delivery. For your convenience, Middle District Discovery (2021) at §I. C. 1. is below:

**C. Filing of Discovery Materials and Other Discovery Considerations**

1. GENERAL RULE GOVERNING FILING OF DISCOVERY MATERIALS. Copies of written interrogatories, answers and objections to interrogatories, notices of oral depositions, transcripts of oral depositions, requests for the production of documents and other things, responses to requests for production, matters disclosed pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, requests for admissions, and responses to requests for admissions shall not be filed with the Court as a matter of course. Discovery materials are filed only in limited circumstances, including if ordered by the Court, if necessary to the presentation or defense of a motion, or if required by law or rule.

    Correspondence exchanged during the course of litigation either between opposing counsel or between counsel for one party and an unrepresented party should be filed with the Court only to comply with an order of the Court or when necessary to the presentation and consideration of a motion and only when the filing of traditional discovery material will clearly not suffice for the purpose. Counsel should carefully redact correspondence to exclude irrelevant and prejudicial material, e.g., settlement discussions.

If you have a question about filing discovery materials, contact the Clerk's Office in which your case is filed.

| CLERK'S OFFICE<br>2110 FIRST ST.<br>FORT MYERS, FL 33901 | CLERK'S OFFICE<br>300 N. HOGAN ST.<br>JACKSONVILLE, FL 32202 | CLERK'S OFFICE<br>207 NW 2D ST.<br>OCALA, FL 34475 | CLERK'S OFFICE<br>401 W. CENTRAL BLVD.<br>ORLANDO, FL 32801 | CLERK'S OFFICE<br>801 N. FLORIDA AVE.<br>TAMPA, FL 33602 |
|---|---|---|---|---|

---

[1] "Discovery materials" include copies of written interrogatories, answers and objections to interrogatories, notices of oral depositions, transcripts of oral depositions, requests for the production of documents and other things, responses to requests for production, matters disclosed pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, requests for admissions, and responses to requests for admissions.

Revised: February 16, 2021