## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JITENDRA JAIN,
MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and
BALVANT ARORA, as individuals
And derivatively on behalf of
NEXGEN MEMANTINE INC.

Case No.: 8:20-cv-2263-T-33JSS

    Plaintiffs,

v.

NEXGEN MEMANTINE, INC.,
SUREN AJJARAPU,
ANNAPURNA GUNDLAPALLI,
GAJAN MAHENDIRAN,
NEXGEN LIFE SCIENCES LLC,
TRXADE GROUP, INC.,
G&S COAL TRADERS, LLC,

    Defendants.
_____/

**DEFENDANTS SUREN AJJARAPU AND NEXGEN MEMANTINE, INC.'S
MOTION FOR PROTECTIVE ORDER DIRECTED TO PLAINTIFFS'
<u>SUBPOENA FOR DEPOSITION DUCES TECUM TO DEAN KENT</u>**

**Exhibit A**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JITENDRA JAIN,
MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and
BALVANT ARORA, as individuals,
and derivatively on behalf of
NEXGEN MEMANTINE INC.

       Plaintiffs,

v.

NEXGEN MEMANTINE INC.,
SUREN AJJARAPU,
ANNAPURNA GUNDLAPALLI,
GAJAN MAHENDIRAN,
NEXGEN LIFESCIENCES LLC,
TRXADE GROUP, INC., and
G&S COAL TRADERS, LLC

       Defendants.
_____/

Case
No. 8:20-cv-2263-T-33JSS
Derivative Action

### SUBPOENA DUCES TECUM FOR DEPOSITION

TO: Dean Kent
101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602

**YOU ARE COMMANDED** to appear before an individual authorized by law to take depositions, at **10:00am EST on Wednesday, November 10, 2021,** commencing at 400 N Ashley Dr Suite 1720, Tampa, FL 33602 at Four Rivers Law Firm, and continuing day to day until complete, via electronic means as follows:

The deposition will be recorded by stenographic and audiovisual means.

The deposition will be conducted via Zoom and a link will be provided to all parties prior to the deposition. You are required to have with you at that time and place the documents identified in **Exhibit A** appended hereto, and are also required to provide those to the above listed law firm prior to the deposition if you are not appearing in person. If you fail to appear or timely provide the requested documents in Exhibit A, you may be in contempt of court.

You are subpoenaed to appear by the undersigned attorney, and unless excused from this subpoena by this attorney or the court, you must respond to this subpoena as directed.

Dated: October 27, 2021.

Respectfully submitted,

/s/ Joseph F. Southron
Joseph F. Southron
Attorney for the Plaintiffs
Florida Bar Number: 122109
**FOUR RIVERS LAW FIRM**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Telephone: (813) 773-5105
Fax: (813) 773-5103
E-Mail: joe@fourriverslaw.com
Secondary E-Mail:
eservice@fourriverslaw.com

Any minor subpoenaed for testimony has the right to be accompanied by a parent or guardian at all times during the taking of testimony notwithstanding the invocation of the rule of sequestration of section 90.616, Florida Statutes,

except on a showing that the presence of a parent or guardian is likely to have a material, negative impact on the credibility or accuracy of the minor's testimony, or that the interests of a parent or guardian are in actual or potential conflict with the interests of the minor.

**NOTICE TO PERSONS WITH DISABILITIES:**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact Sara Folkins, Executive Assistant, Four Rivers Law Firm, 400 N. Ashley Drive, Suite 1720, Tampa, Florida 33602 at least 7 days before your scheduled appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## EXHIBIT A

## DEFINITIONS

1.  As used herein, the terms "you" and "your" shall refer to Dean Kent, his attorneys, agents, representatives, predecessors and successors in interest, assignees, transferees, employees, servants, and all other natural persons or business or legal entities acting or purporting to act for or on behalf of Dean Kent, whether authorized to do so or not.

2.  As used herein, the term "documents" includes all materials within the scope of Rules 1.280 and 1.340 of the Florida Rules of Civil Procedure and shall mean all writings of every kind, source and authorship, both originals and all nonidentical copies thereof, in your actual or constructive possession, custody, care, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted internally by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person.  The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter.  It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems.  For purposes of illustration and not limitation, the term shall include:  affidavits; agendas; agreements; analyses;

announcements; bills, statements, and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks, vouchers, receipts and other records of payments; charts or drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate bylaws; corporate charters; correspondence; credit files and contents; deeds of trust; deposit slips; diaries; drafts; files; guaranty agreements; instructions; invoices; ledgers, journals, balance sheets, profit and loss statements, and other sources of financial data; letters; logs, notes, or memoranda of telephonic or face-to-face conversations; manuals; memoranda of all kinds, to and from any persons, agencies, or entities; minutes; minute books; notes; notices; parts lists; papers; press releases; printed matter (including books, articles, speeches, and newspaper clippings); purchase orders; records; records of administrative, technical, and financial actions taken or recommended; reports; safety deposit boxes and contents and records of entry; schedules; security agreements; specifications; statements of bank accounts; statements; interviews; stock transfer ledgers; technical and engineering reports, evaluations, advice, recommendations, commentaries, conclusions, studies, test plans, manuals, procedures, data, reports, results, and conclusions; summaries, notes, and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes and other communications sent or received; transcripts of testimony; UCC instruments; work papers; and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular document requested or referred to.  A document is deemed to be in your actual or constructive possession, custody, care, or control if you either have physical possession of the item or have the right, authority or ability to obtain the document.

3.     "Date" means the exact date, month, and year, if ascertainable, or, if not, the best approximation of the date based on surrounding events.

4.     "Person"  The term "person" shall include individuals, associations, partnerships, corporations, and any other type of entity or institution whether formed for business purposes or any other purposes.

5.     "Communication" means any contact, oral or written, formal or informal, by which information of any nature was transmitted, transferred, or exchanged, and includes any oral or written statement, dialogue, discussion, conversation, and any transfer of data by electronic or similar means.

6.     "Reflect" and "reflecting" shall be construed as relating to, referring to, responding to, pertaining to, connected with, regarding, discussing, showing, exhibiting, describing, concerning, analyzing, and constituting.

7. "Related to" includes within it meaning reflect, mention, pertain to, arise out of or in connection with, directly or indirectly refer to, and describe.

## DOCUMENTS TO BE PRODUCED

1. All communications and documents relevant to the subject matter of this action, exchanged between you and interested parties in the case, including but not limited to all individual defendants, Nexgen Memantine, Inc.; Nexgen Lifesciences, LLC; G&S Coal Traders, LLC; Sansur Associates, LLC; Shriji Medicine, LLC; Trxade Group, Inc.; Westminster Pharmaceuticals, LLC; Metcure, Inc.; including their owners, shareholders, members, partners, directors, managers, officers, employees, agents, contractors or affiliates.

2. All communications and documents regarding the investigation you conducted on behalf of Nexgen Memantine, LLC, as approved by the shareholders at the special meeting noticed and held on November 27, 2018.



Joe Southron is inviting you to a scheduled Zoom meeting.

Topic: 10:00am: ZOOM Deposition of Dean Kent -sf
Time: Nov 10, 2021 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us06web.zoom.us/j/86103306248?pwd=RUcyTHFXcTg2RDUrUnVMeHpPVlpoQT09

Meeting ID: 861 0330 6248
Passcode: C9hoqP8V
One tap mobile
+16699006833,,86103306248#,,,,*98320091# US (San Jose)
+12532158782,,86103306248#,,,,*98320091# US (Tacoma)

Dial by your location
+1 669 900 6833 US (San Jose)
+1 253 215 8782 US (Tacoma)
+1 301 715 8592 US (Washington DC)
+1 312 626 6799 US (Chicago)
+1 346 248 7799 US (Houston)
+1 408 638 0968 US (San Jose)
+1 646 876 9923 US (New York)
Meeting ID: 861 0330 6248
Passcode: 98320091
Find your local number: https://us06web.zoom.us/u/kNhiK6FY3