UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN,
MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and
BALVANT ARORA, as individuals, and derivatively
on behalf of NEXGEN MEMANTINE, INC.,

     Plaintiffs,                              Case No.: 8:20-cv-02263-VMC-JSS

v.

NEXGEN MEMANTINE, INC.,
SUREN AJJARAPU,
ANNAPURNA GUNDLAPALLI,
GAJAN MAHENDIRAN,
NEXGEN LIFESCIENCES, LLC,
TRXADE GROUP, INC.,
G&S COAL TRADERS, LLC,

     Defendants.
_____/

## NEXGEN MEMANTINE, INC.'S PRIVILEGE LOG

Defendant/Cross-claim Plaintiff, Nexgen Memantine, Inc., hereby serves its Privilege Log in response to Plaintiffs' First Request for Production of Documents:

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 10/2/2017 | Memantine 000448 - Memantine 000490 | Email correspondence between attorneys and client reflecting legal advice<br>From: Nichola@mcintyrefirm.com<br>To: Dean A. Kent; Rich McIntyre<br>CC: Suren Ajjarapu; Patricia A. Holliday | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 10/4/2017 | Memantine 000513 - Memantine 000525 | Email correspondence between attorney and client regarding engagement for legal advice<br>From: Suren Ajjarapu <ceo@sansurre.com><br>To: Patricia A. Holliday (Trenam)<br>CC: Dean A. Kent | Attorney-Client |
| 10/10/2017 | Memantine 000557 - Memantine 000558 | Email correspondence between attorneys and client regarding legal advice<br>From: DKent@trenam.com<br>To: Nelson T. Castellano (Trenam)<br>CC: Suren Ajjarapu (ceo@sansurre.com); Rich McIntyre | Attorney-Client |
| 8/14/2018 | Memantine 000621 - Memantine 000653 | Email correspondence between attorneys reflecting legal advice for client<br>From: Jacob S. Felman <JFelman@trenam.com><br>To: dsaslow@mcintyrefirm.com<br>CC: Nelson T. Castellano NCastellano@trenam.com; Dean A. Kent DKent@trenam.com | Attorney-Client |
| 2/21/2019 | Memantine 000766 - Memantine 000767 | Email correspondence between attorneys and client reflecting legal advice<br>From: Suren Ajjarapu <ceo@sansurre.com><br>To: David Saslow<br>CC: Dean A. Kent | Attorney-Client |
| 5/30/2019 | Memantine 000791 - Memantine 000792 | Email correspondence between attorneys and client regarding legal advice<br>From: dsaslow@mcintyrefirm.com<br>To: Dean A. Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 6/5/2019 | Memantine 000800 | Email correspondence between attorney and client regarding legal advice<br>From: AChrisman@trenam.com To: suren@trxade.com<br>CC: Dean A. Kent | Attorney-Client |

2

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 6/5/2019 | Memantine 000813 | Email correspondence between attorney and client regarding legal advice<br>From: AChrisman@trenam.com<br>To: Suren Ajjarapu<br>CC: Dean A. Kent | Attorney-Client |
| 7/25/2019 | Memantine 000832 - Memantine 000833 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: DKent@trenam.com<br>To: David Saslow<br>CC: Suren Ajjarapu <ceo> | Attorney-Client |
| 7/25/2019 | Memantine 000834 - Memantine 000835 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: David Saslow<br>To: Dean A. Kent<br>CC: Suren Ajjarapu <ceo> | Attorney-Client |
| 7/26/2019 | Memantine 000842 | Email correspondence between attorney and client regarding legal advice<br>From: AChrisman@trenam.com<br>To: Suren Ajjarapu<br>CC: Dean A. Kent | Attorney-Client |
| 7/26/2019 | Memantine 000850 | Email correspondence between attorney and client regarding legal advice<br>From: AChrisman@trenam.com To: Suren Ajjarapu<br>CC: Dean A. Kent | Attorney-Client |
| 7/29/2019 | Memantine 000858 - Memantine 000866 | Email correspondence of client forwarding himself correspondence from attorneys reflecting legal advice<br>From: Suren@trxade.com<br>To: Suren Ajjarapu Forwarding<br>From: Ashley M. Chrisman AChrisman@trenam.com<br>To: Suren Ajjarapu suren@trxade.com<br>CC: Dean A. Kent <DKent@trenam.com> | Attorney-Client |

3

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 7/29/2019 | Memantine 000867 - Memantine 000875 | Email correspondence of client forwarding himself correspondence from attorneys reflecting legal advice<br>From: Suren@trxade.com<br>To: Suren Ajjarapu Forwarding<br>From: Ashley M. Chrisman AChrisman@trenam.com<br>To: Suren Ajjarapu suren@trxade.com<br>CC: Dean A. Kent <DKent@trenam.com> | Attorney-Client |
| 7/29/2019 | Memantine 000876 - Memantine 000884 | Email correspondence of client forwarding himself correspondence from attorneys reflecting legal advice<br>From: Suren@trxade.com<br>To: Suren Ajjarapu Forwarding<br>From: Ashley M. Chrisman AChrisman@trenam.com<br>To: Suren Ajjarapu suren@trxade.com<br>CC: Dean A. Kent <DKent@trenam.com> | Attorney-Client |
| 8/21/2019 | Memantine 000887 - Memantine 000895 | Email correspondence between attorneys and client reflecting legal advice<br>From: dsaslow@mcintyrefirm.com<br>To: Dean A. Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 10/5/2017 | Memantine 001755 | Email correspondence between attorney and client reflecting legal advice<br>From: Suren Ajjarapu <ceo@sansurre.com><br>To: Dean A. Kent | Attorney-Client |
| 10/10/2017 | Memantine 001787 - Memantine 001788 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Suren Ajjarapu <ceo@sansurre.com><br>To: Dean A. Kent; Nelson T. Castellano<br>CC: Rich McIntyre | Attorney-Client |

4

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 10/12/2017 | Memantine 001794 - Memantine 001803 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: DKent@trenam.com<br>To: Suren Ajjarapu<br>CC: Rich McIntyre; Patricia A. Holliday | Attorney-Client |
| 10/13/2017 | Memantine 001804 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: DKent@trenam.com<br>To: Suren Ajjarapu<br>CC: Rich McIntyre; Patricia A. Holliday | Attorney-Client |
| 10/17/2017 | Memantine 001805 | Email correspondence between attorney and client seeking legal advice<br>From: Suren Ajjarapu <ceo@sansurre.com><br>To: Dean A. Kent | Attorney-Client |
| 10/17/2017 | Memantine 001806 - Memantine 001808 | Email correspondence between attorneys and client regarding legal advice<br>From: rich@mcintyrefirm.com<br>To: Dean A. Kent<br>CC: Suren Ajjarapu; Patricia A. Holliday | Attorney-Client |
| 10/17/2017 | Memantine 001809 - Memantine 001810 | Email correspondence between attorneys and client regarding legal advice<br>From: DKent@trenam.com<br>To: Rich McIntyre<br>CC: Suren Ajjarapu; Patricia A. Holliday | Attorney-Client |
| 10/31/2017 | Memantine 001880 - Memantine 001886 | Email correspondence between attorney and client seeking legal advice<br>From: Suren Ajjarapu <ceo@sansurre.com><br>To: Dean A. Kent | Attorney-Client |
| 5/29/2019 | Memantine 002290 - Memantine 002291 | Email correspondence between attorneys and client reflecting legal advice<br>From: dsaslow@mcintyrefirm.com<br>To: Suren Ajjarapu; Dean A. Kent | Attorney-Client |

5

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 11/8/2017 | Memantine 002400-Memantine 002422 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Suren Ajjarapu <ceo@sansurre.com><br>To: Nelson T. Castellano<br>CC: Dean A. Kent; Rich McIntyre; Patricia A. Holliday | Attorney-Client |
| 9/29/2017 | Memantine 003239-Memantine 003243 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dkent@trenam.com<br>To: Rich McIntyre<br>CC: Suren Ajjarapu; Patricia Holliday | Attorney-Client |
| 9/29/2017 | Memantine 003244-Memantine 003249 | Email correspondence between attorneys and client reflecting legal advice<br>From: Rich McIntyre<br>To: Dean Kent<br>CC: Suren Ajjarapu; Patricia Holliday | Attorney-Client |
| 10/2/2017 | Memantine 003250-Memantine 003252 | Email correspondence between attorneys and client regarding legal advice<br>From: Nichola@mcintyrefirm.com<br>To: Dean Kent; Rich McIntyre<br>CC: Suren Ajjarapu; Patricia Holliday | Attorney-Client |
| 10/2/2017 | Memantine 003294-Memantine 003294 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: ceo@sansurre.com<br>To: Nichola Murphy<br>CC: Dean Kent; Rich McIntyre; Patricia Holliday | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 10/30/2017 | Memantine 003344-Memantine 003348 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dkent@trenam.com<br>To: Rich McIntyre; Suren Ajjarapu<br>CC: Patricia Holliday | Attorney-Client |
| 10/30/2017 | Memantine 003349-Memantine 003349 | Email correspondence between attorneys and client reflecting legal advice<br>From: ceo@sansurre.com<br>To: Dean Kent<br>CC: Rich McIntyre; Patricia Holliday | Attorney-Client |
| 10/31/2017 | Memantine 003350-Memantine 003355 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dkent@trenam.com<br>To: Suren Ajjarapu<br>CC: Rich McIntyre; Patricia Holliday | Attorney-Client |
| 10/31/2017 | Memantine 003356-Memantine 003358 | Email correspondence between attorneys and client reflecting legal advice<br>From: ceo@sansurre.com<br>To: Dean Kent<br>CC: Rich McIntyre; Patricia Holliday | Attorney-Client |
| 10/31/2017 | Memantine 003359-Memantine 003365 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dkent@trenam.com<br>To: Suren Ajjarapu<br>CC: Rich McIntyre; Patricia Holliday | Attorney-Client |
| 11/13/2017 | Memantine 003372-Memantine 003372 | Email correspondence between attorneys and client reflecting legal advice<br>From: rich@mcintyrefirm.com<br>To: Dkent@trenam.com; Ncastellano@trenam.com<br>CC: Suren Ajjarapu; Rich McIntyre;Nichola Murphy | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 11/13/2017 | Memantine 003373-Memantine 003378 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dkent@trenam.com<br>To: Rich McIntyre; Nelson Castellano<br>CC: Suren Ajjarapu; Nichola Murphy | Attorney-Client |
| 11/13/2017 | Memantine 003379-Memantine 003385 | Email correspondence between attorneys and client reflecting legal advice<br>From: ncastellano@trenam.com<br>To: Dean Kent; Rich McIntyre<br>CC: Suren Ajjarapu; Nichola Murphy | Attorney-Client |
| 11/14/2017 | Memantine 003390-Memantine 003397 | Email correspondence between attorneys and client reflecting legal advice<br>From: Nichola@mcintyrefirm.com<br>To: Nelson Castellano; Dean Kent; Rich McIntyre<br>Cc: Suren Ajjarapu | Attorney-Client |
| 11/14/2017 | Memantine 003398-Memantine 003404 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dkent@trenam.com<br>To: Nichola Murphy<br>CC: Nelson Castellano; Rich McIntyre; Suren Ajjarapu | Attorney-Client |
| 11/14/2017 | Memantine 003405-Memantine 003406 | Email correspondence between attorneys and client reflecting legal advice<br>From: Nichola@mcintyrefirm.com<br>To: Dean Kent<br>CC: Nelson Castellano; Rich McIntyre; Suren Ajjarapu | Attorney-Client |

8

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 11/14/2017 | Memantine 003407-Memantine 003415 | Email correspondence between attorneys and client reflecting legal advice<br>From: Ncastellano@trenam.com<br>To: Nichola Murphy; Dean Kent; Rich McIntyre<br>CC: Suren Ajjarapu | Attorney-Client |
| 11/14/2017 | Memantine 003416-Memantine 003419 | Email correspondence between attorneys and client reflecting legal advice<br>From: ceo@sansure.com<br>To: Nelson Castellano<br>CC: Nichola Murphy; Dean Kent; Rich McIntyre | Attorney-Client |
| 11/15/2017 | Memantine 003420-Memantine 003428 | Email correspondence between attorneys and client reflecting legal advice<br>From: ceo@sansurre.com<br>To: Nelson Castellano; Nichola Murphy; Dean Kent; Rich McIntyre | Attorney-Client |
| 11/15/2017 | Memantine 003429-Memantine 003429 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Dkent@trenam.com<br>To: Suren Ajjarapu; Nelson Castellano | Attorney-Client |
| 11/30/2017 | Memantine 003439-Memantine 003439 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: ceo@sansurre.com<br>To: Dkent@trenam.com | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 2/19/2019 | Memantine 003565-Memantine 003578 | Email correspondence between attorneys and client reflecting legal advice<br>From: jwolff@trenam.com<br>To: Suren@trxade.com | Attorney-Client |
| 2/19/2019 | Memantine 003579-Memantine 003592 | Email correspondence between attorneys and client reflecting legal advice<br>From: jwolff@trenam.com<br>To: Suren@trxade.com | Attorney-Client |
| 2/21/2019 | Memantine 003593-Memantine 003603 | Email correspondence between attorneys and client reflecting legal advice<br>From: jwolff@trenam.com<br>To: Suren@trxade.com | Attorney-Client |
| 3/7/2019 | Memantine 003616-Memantine 003627 | Email correspondence between attorneys and client reflecting legal advice<br>From: jwolff@trenam.com<br>To: Suren@trxade.com | Attorney-Client |
| 3/18/2019 | Memantine 003671-Memantine 003672 | Email correspondence between attorneys and client reflecting legal advice<br>From: David Saslow<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 3/18/2019 | Memantine 003673-Memantine 003674 | Email correspondence between attorneys and client reflecting legal advice<br>From: ceo@sansurre.com<br>To: David Saslow; Dean Kent | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 3/19/2019 | Memantine 003677-Memantine 003684 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dean Kent<br>To: David Saslow<br>CC: Suren Ajjarapu | Attorney-Client |
| 3/26/2019 | Memantine 003685-Memantine 003692 | Email correspondence between attorneys and client relating to legal advice<br>From: Dean Kent<br>To: David Saslow<br>CC: Suren Ajjarapu | Attorney-Client |
| 4/24/2019 | Memantine 003693-Memantine 003698 | Email correspondence between attorneys and client reflecting legal advice<br>From: jwolff@trenam.com<br>To: Suren Ajjarapu | Attorney-Client |
| 4/29/2019 | Memantine 003699-Memantine 003700 | Email correspondence between attorneys and client reflecting legal advice<br>From: David Saslow<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 5/15/2019 | Memantine 003701-Memantine 003702 | Email correspondence between attorneys and client reflecting legal advice<br>From: David Saslow<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 6/24/2019 | Memantine 003703-Memantine 003703 | Email correspondence between attorneys and client reflecting legal advice<br>From: David Saslow<br>To: Suren Ajjarapu<br>CC: Dean Kent | Attorney-Client |

11

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 7/16/2019 | Memantine 003706-Memantine 003706 | Email correspondence between attorneys and client reflecting legal advice<br>From: David Saslow<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 7/16/2019 | Memantine 003708-Memantine 003708 | Email correspondence between attorneys and client reflecting legal advice<br>From: David Saslow<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 7/23/2019 | Memantine 003712-Memantine 003712 | Email correspondence between attorneys and client reflecting legal advice<br>From: David Saslow<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 7/24/2019 | Memantine 003713-Memantine 003713 | Email correspondence between attorneys and client reflecting legal advice<br>From: David Saslow<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 12/11/2017 | Memantine 003981-Memantine 003984 | Email correspondence between attorneys and client reflecting legal advice<br>From: Rich McIntyre<br>To: Suren Ajjarapu<br>CC: Nichola Murphy | Attorney-Client |
| 2/21/2019 | Memantine 004909-Memantine 004911 | Email correspondence between attorneys and client reflecting legal advice<br>From: dsaslow@mcintyrefirm.com<br>To: Suren Ajjarapu<br>CC: Dean Kent | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 3/26/2019 | Memantine 004971- Memantine 005011 | Email correspondence between attorneys and client reflecting legal advice<br>From: dsaslow@mcintyrefirm.com<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 5/30/2019 | Memantine 005090- Memantine 005093 | Email correspondence between attorneys and client reflecting legal advice<br>From: dsaslow@mcintyrefirm.com<br>To: Dean Kent<br>CC: Suren Ajjarapu | Attorney-Client |
| 08/14/2018 | Memantine 005613 - Memantine 005617 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Suren Ajjarapu<br>To: David Saslow | Attorney-Client |
| 09/21/2017 | Memantine 005618 - Memantine 005619 | Email correspondence between attorneys and client seeking legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu | Attorney-Client |
| 09/20/2017 | Memantine 005620 - Memantine 005621 | Email correspondence between attorneys and client reflecting legal advice<br>From: Suren Ajjarapu<br>To: Dean A. Kent | Attorney-Client |
| 10/02/2017 | Memantine 005622 - Memantine 005623 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Suren Ajjarapu<br>To: Patricia A. Holliday<br>CC: Dean A. Kent | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 10/03/2017 | Memantine 005624 - Memantine 005625 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Patricia A. Holliday<br>To: Suren Ajjarapu<br>CC: Dean A. Kent | Attorney-Client |
| 10/04/2017 | Memantine 005626 - Memantine 005627 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Patricia A. Holliday<br>To: Suren Ajjarapu<br>CC: Dean A. Kent | Attorney-Client |
| 10/04/2017 | Memantine 005628 - Memantine 005630 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Suren Ajjarapu<br>To: Patricia A. Holliday<br>CC: Dean A. Kent | Attorney-Client |
| 10/04/2017 | Memantine 005631 - Memantine 005634 | Email correspondence between attorneys and client in furtherance of legal advice<br>From: Patricia A. Holliday<br>To: Suren Ajjarapu<br>CC: Dean A. Kent | Attorney-Client |
| 10/09/2017 | Memantine 005635 | Email correspondence between attorneys and client seeking legal advice<br>From: Rich McIntyre<br>To: Dean A. Kent; Suren Ajjarapu | Attorney-Client |
| 10/09/2017 | Memantine 005636 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Rich McIntyre CC: Suren Ajjarapu | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 10/09/2017 | Memantine 005637 - Memantine 005638 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Rich McIntyre; Suren Ajjarapu | Attorney-Client |
| 10/09/2017 | Memantine 005639 - Memantine 005640 | Email correspondence between attorneys and client regarding legal advice<br>From: Suren Ajjarapu<br>To: Dean A. Kent<br>CC: Rich McIntyre | Attorney-Client |
| 10/09/2017 | Memantine 005641 - Memantine 005642 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu<br>CC: Rich McIntyre | Attorney-Client |
| 10/09/2017 | Memantine 005643 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu; Rich McIntyre; Nelson T. Castellano | Attorney-Client |
| 10/09/2017 | Memantine 005644 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu; Rich McIntyre;Nelson T. Castellano | Attorney-Client |
| 10/10/2017 | Memantine 005645 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu; Rich McIntyre;Nelson T. Castellano | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 10/10/2017 | Memantine 005646 - Memantine 005648 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu<br>CC: Rich McIntyre | Attorney-Client |
| 10/13/2017 | Memantine 005649 - Memantine 005651 | Email correspondence between attorneys and client reflecting legal advice<br>From: Suren Ajjarapu<br>To: Dean A. Kent<br>CC: Rich McIntyre; Patricia A. Holliday | Attorney-Client |
| 10/18/2017 | Memantine 005652 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu; Rich McIntyre; Patricia A. Holliday | Attorney-Client |
| 10/19/2017 | Memantine 005653 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu; Rich McIntyre<br>CC: Nelson T. Castellano; Patricia A. Holliday | Attorney-Client |
| 10/19/2017 | Memantine 005654 | Email correspondence between attorneys and client regarding legal advice<br>From: Rich McIntyre<br>To: Dean A. Kent<br>CC: Suren Ajjarapu; Nelson T. Castellano; Patricia A. Holliday | Attorney-Client |
| 10/19/2017 | Memantine 005655 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Rich McIntyre<br>CC: Suren Ajjarapu; Nelson T. Castellano; Patricia A. Holliday | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 10/19/2017 | Memantine 005656 | Email correspondence between attorneys and client regarding legal advice<br>From: Nelson T. Castellano<br>To: Dean A. Kent<br>CC: Rich McIntyre; Suren Ajjarapu; Patricia A. Holliday | Attorney-Client |
| 10/19/2017 | Memantine 005657 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Nelson T. Castellano<br>CC: Rich McIntyre; Suren Ajjarapu; Patricia A. Holliday | Attorney-Client |
| 10/20/2017 | Memantine 005658 | Email correspondence between attorneys and client regarding legal advice<br>From: Suren Ajjarapu<br>To: Nelson T. Castellano<br>CC: Dean A. Kent; Rich McIntyre; Patricia A. Holliday | Attorney-Client |
| 10/20/2017 | Memantine 005659 | Email correspondence between attorneys and client regarding legal advice<br>From: Nelson T. Castellano<br>To: Suren Ajjarapu<br>CC: Dean A. Kent; Rich McIntyre; Patricia A. Holliday | Attorney-Client |
| 10/20/2017 | Memantine 005660 - Memantine 005662 | Email correspondence between attorneys and client regarding legal advice<br>From: Rich McIntyre<br>To: Nelson T. Castellano<br>CC: Suren Ajjarapu; Dean A. Kent; Patricia A. Holliday; Rich McIntyre | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 11/15/2017 | Memantine 005672 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu<br>CC: Nelson T. Castellano | Attorney-Client |
| 11/15/2017 | Memantine 005673 | Email correspondence between attorneys and client regarding legal advice<br>From: Suren Ajjarapu<br>To: Dean A. Kent | Attorney-Client |
| 11/16/17 | Memantine 005674 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu | Attorney-Client |
| 11/16/2017 | Memantine 005675 | Email correspondence between attorneys and client regarding legal advice<br>From: Suren Ajjarapu<br>To: Dean A. Kent | Attorney-Client |
| 11/28/2017 | Memantine 005676 | Email correspondence between attorneys and client regarding legal advice<br>From: Suren Ajjarapu<br>To: Dean A. Kent | Attorney-Client |
| 11/29/2017 | Memantine 005677 - Memantine 005678 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu | Attorney-Client |
| 11/29/2017 | Memantine 005679 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu<br>CC: Nelson T. Castellano | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 11/30/2017 | Memantine 005680 | Email correspondence between attorneys and client regarding legal advice<br>From: Suren Ajjarapu<br>To: Dean A. Kent<br>CC: Nelson T. Castellano | Attorney-Client |
| 11/30/2017 | Memantine 005681 - Memantine 005682 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu<br>CC: Nelson T. Castellano | Attorney-Client |
| 11/30/2017 | Memantine 005683 | Email correspondence between attorneys and client regarding legal advice<br>From: Dean A. Kent<br>To: Suren Ajjarapu<br>CC: Nelson T. Castellano | Attorney-Client |
| 11/30/2017 | Memantine 005684 | Email correspondence between attorneys and client regarding legal advice<br>From: Suren Ajjarapu<br>To: Dean A. Kent | Attorney-Client |
| 02/19/2019 | Memantine 005710 | Email correspondence between attorneys and client regarding legal advice<br>From: Suren Ajjarapu<br>To: Joshua J. Wolff | Attorney-Client |
| 02/19/2019 | Memantine 005711 - Memantine 005713 | Email correspondence between attorneys and client regarding legal advice<br>From: Joshua J. Wolff<br>To: Suren Ajjarapu | Attorney-Client |

| Date | Identification | Description | Privilege |
|---|---|---|---|
| 03/20/2019 | Memantine 005714 - Memantine 005715 | Email correspondence between attorneys and client regarding legal advice<br>From: David Saslow<br>To: Suren Ajjarapu<br>CC: Dean A. Kent | Attorney-Client |
| 06/03/2019 | Memantine 005716 - Memantine 005717 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dean A. Kent<br>To: David Saslow<br>CC: Suren Ajjarapu | Attorney-Client |
| 08/21/2019 | Memantine 005750 - Memantine 005752 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dean A. Kent<br>To: David Saslow CC: Suren Ajjarapu | Attorney-Client |
| 11/04/2019 | Memantine 005753 - Memantine 005754 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dean A. Kent<br>To: David Saslow<br>CC: Suren Ajjarapu | Attorney-Client |
| 12/17/2019 | Memantine 005755 - Memantine 005756 | Email correspondence between attorneys and client reflecting legal advice<br>From: Dean A. Kent<br>To: David Saslow<br>CC: Suren Ajjarapu | Attorney-Client |