IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN, MANISH ARORA
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and BALVANT ARORA

    Plaintiffs,

vs.                              Case No.:  8:20-cv-02263-VMC-JSS

NEXGEN MEMANTINE INC.,
SUREN AJJARAPU, ANNAPURNA
GUNDLAPALLI, GAJAN MAHENDIRAN,
TRXADE, INC., and WESTMINSTER
PHARMACEUTICALS, LLC,

    Defendants
_____/

**RESPONSE AND OBJECTIONS TO PLAINTIFFS' FIRST
REQUEST FOR ADMISSIONS TO DEFENDANT GAJAN MAHENDIRAN**

Defendant, GAJAN MAHENDIRAN ("Defendant"), by counsel and pursuant to Federal Rule of Civil Procedure 36, responds to Plaintiffs Jitendra Jain, Manish Arora, Scariya Kumaramangalam, Harsh Datta, and Balvant Arora's First Request for Admission to Defendant Gajan Mahendiran (the "Request") as follows:

**GENERAL OBJECTIONS AND PRESERVATION OF RIGHTS**

The following General Objections to the Request are incorporated into each of the Specific Responses and Objections as though set forth in full.

1.    Defendant objects to each definition, instruction, and request to the extent it seeks information which is subject to: the attorney-client privilege, the work product doctrine, the investigative privilege, the party communication privilege, the joint defense or common interest privilege, the mediation privilege, or any other privilege or immunity which provides protection

ACTIVE:12873440.1

from disclosure under applicable law. To the extent that additional responsive documents may exist and be subsequently discovered, certain of the documents may be subject to one or more of the foregoing privileges and/or immunities. Defendant preserves all such objections in the event that responsive documents are subsequently discovered. In the event that Defendant reveals any protective information, it is inadvertent and shall not constitute or be deemed a waiver of any privilege or immunity.

## SPECIFIC RESPONSES AND OBJECTIONS

**Request No. 1:** Admit that you are a director of Nexgen Memantine Inc.

*Response:* Denied.

**Request No. 2:** Admit that you are an officer of Nexgen Memantine Inc.

*Response:* Denied.

**Request No. 3:** Admit that you are the, or have at any point held the position of, President of Nexgen Memantine Inc.

*Response:* Admitted to the extent of acknowledging that Defendant was tricked, mislead, defrauded, or induced into signing certain documents as President by Defendant Suren Ajjarapu, but otherwise denied that he was formally elected or appointed as the President according to the corporate governance records of Nexgen Memantine.

**Request No. 4:** Admit that you are the, or have at any point held the position of, Treasurer of Nexgen Memantine Inc.

*Response:* Denied.



Dated: January 25, 2021

Respectfully submitted,

By: /s/ Kenneth G.M. Mather
Kenneth G.M. Mather, Esq.
Florida Bar No. 619647
Daniel P. Dietrich, Esq.
Florida Bar No. 0934461
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
(813) 222-6630; Fax No.: (813) 228-6739
Email:   kmather@gunster.com
         ddietrich@gunster.com
         tkennedy@gunter.com
         eservice@gunster.com

***Attorneys for Defendant, Gajan Mahendiran***

ACTIVE:12873440.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, a true and accurate copy of the foregoing has been served via electronic mail to the following:

| | |
|---|---|
| Joseph F. Southron<br>Florida Bar No. 122109<br>**Four Rivers Law Firm**<br>400 N. Ashley Drive, Suite 1900<br>Tampa, Florida 33602<br>Tel. (813) 773-5105<br>Fax (813) 773-5103<br>E-Mail: joe@fourriverslaw.com<br>Secondary E-Mail:<br>eservice@fourriverslaw.com<br>**Counsel for Plaintiffs** | Paul B. Thanasides<br>Florida Bar No.: 103039<br>paul@mcintyrefirm.com<br>CLService@mcintyrefirm.com<br>Christa Queen-Sutherland<br>Florida Bar No. 0091204<br>christa@mcintyrefirm.com<br>Garrett S. Severson<br>Florida Bar No. 108259<br>garrett@mcintyrefirm.com<br>**McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A.**<br>500 E. Kennedy Blvd., Suite 200<br>Tampa, FL 33602<br>Telephone: 813.223.0000<br>Facsimile: 813.225.1221<br>**Counsel for Nexgen Memantine Inc., Suren Ajjarapu and Trxade, Inc.** |

By: _/s/ Kenneth G.M. Mather_
     Kenneth G.M. Mather, Esq.
     Florida Bar No. 619647