UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Jain et al v. Nexgen Memantine, Inc. et al
8:20-cv-2263-VMC-JSS

| **Date**: February 18, 2022 | **Court Reporter**: Digital (Zoom) |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 10:04 AM – 11:53 AM \| Total: 1 hour and 49 mins. | **Deputy Clerk**: Clara Reaves |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Joseph Southron, Pl. | Michael Morris, Def. |
| Nick Lumley, Pl. | Daniel Dietrich, Def. |
| | Kenneth Mather, Def. |

| **Motion Hearing** |
|---|
| All parties appeared via Zoom Video and consented to Zoom hearing. |
| Matter is before the Court on Plaintiff's Motion to Compel Deposition of Nexgen Lifesciences Corporate Representative (Dkt. 213), Plaintiff's Motion to Compel Production and Responses to Interrogatories (Dkt. 219), Plaintiff's Unopposed Motion for Settlement Agreement Approval (Dkt. 227), Plaintiff's Joint Motion for Settlement Agreement Approval (Dkt. 229). |
| Court hears argument by counsel. |
| Will issue an order. |
| Court in recess. |