UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN, MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and
BALVANT ARORA, as individuals
and derivatively on behalf of
NEXGEN MEMANTINE, INC.,

      Plaintiffs,                     Case No.: 8:20-cv-02263-T-33JSS

v.

NEXGEN MEMANTINE, INC.,
SUREN AJJARAPU, ANNAPURNA
GUNDLAPALLI, GAJAN
MAHENDIRAN, NEXGEN
LIFESCIENCES, LLC, TRXADE
GROUP, INC.,
G&S COAL TRADERS, LLC,

      Defendants.
_____/

## NOTICE OF FILING

Plaintiffs Jitendra Jain, Manish Arora, Scariya Kumaramangalam, Harsh Datta, and Balvant Arora, (hereinafter "Plaintiffs"), file this Notice of Filing and further state as follows in support:

1. The Honorable Magistrate Judge Sneed heard oral arguments between all counsel of record in her chambers on the Unopposed Joint Motion for Approval of Settlement Agreements. (Dkt. 227).

1

2. At the hearing, Judge Sneed GRANTED the motion.

3. As per the Court's request, Plaintiffs hereby file an amended Consent Judgment to be entered as per the settlement agreement, with the following changes applied:

    a. The Consent Judgment now states the Court does not retain jurisdiction to enforce the Consent Judgment. ¶ 6 *Proposed Consent Judgment*.

    b. The Consent Judgment reflects in its findings of fact Nexgen Memantine, Inc. is privately held and is not publicly traded. ¶ 4(d) *Proposed Consent Judgment*.

4. The Proposed Consent Judgment is attached to this Notice of Filing as **Exhibit A**.

5. This Proposed Consent Judgment is intended to replace Exhibit C of Dkt. 227.

Dated: February 21, 2022.

                                         Respectfully submitted,

                                         /s/ Joseph F. Southron
                                         Joseph F. Southron, Esq.
                                         Florida Bar No. 122109
                                         Nicholas T. Lumley, Esq.
                                         Florida Bar No. 1022390
                                         Counsel for Plaintiffs
                                         **FOUR RIVERS LAW FIRM**
                                         400 N. Ashley Drive, Suite 1720

>Tampa, Florida 33602
Tel. (813) 773-5105
joe@fourriverslaw.com
nick@fourriverslaw.com
eservice@fourriverslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify on February 21, 2022, a true and correct copy of the forgoing was filed with the Court via CM/ECF system.

/s/ Joseph Southron
Joseph F. Southron
Florida Bar No.: 122109

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JITENDRA JAIN, MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and
BALVANT ARORA, as individuals
and derivatively on behalf of
NEXGEN MEMANTINE, INC.,

      Plaintiffs,                    Case No.: 8:20-cv-02263-T-33JSS

v.

NEXGEN MEMANTINE, INC.,
SUREN AJJARAPU, ANNAPURNA
GUNDLAPALLI, GAJAN
MAHENDIRAN, NEXGEN
LIFESCIENCES, LLC, TRXADE
GROUP, INC.,
G&S COAL TRADERS, LLC,

      Defendants.
_____/

## CONSENT JUDGMENT

Nexgen Memantine, Inc. ("Memantine"), the corporate defendant herein, hereby pleads, stipulates, consents and agrees to this Consent Judgment entered on Counts I, III, and V of the Complaint filed by Plaintiffs Jitendra Jain, Manish Arora, Scariya Kumaramangalam, Harsh Datta, and Balvant Arora, individually and derivatively on behalf of Nexgen Memantine, Inc. (hereinafter "Plaintiffs"), and further agrees as follows:

1

EXHIBIT A

1. Judgment is entered in favor of Plaintiffs and against Memantine in the principal amount of four hundred twenty-five thousand dollars ($425,000.00) on Counts I, III, and V of the Complaint. Liability against Memantine for these counts shall be joint and several against Memantine.

2. Pre-judgment interest from on February 1, 2016 until the entry of this judgment and post-judgment interest, starting from entry of this Consent Judgment, shall accrue and be calculated at the statutory rate.

3. The Parties hereby waive their right to appeal from this Consent Judgment.

4. The Parties hereby stipulate and agree to the following findings of fact with respect to Count XI:

   a. the Plaintiffs made a proper pre-suit demand under applicable law at or near the shareholder meeting held on August 13, 2019;

   b. Memantine attempted to resolve Plaintiffs' demand, but was unable to do so; and

   c. the substance of the Plaintiffs' derivative claims is to be decided by the fact-finder or the Court, and is still a matter of dispute as between the remaining parties in the case.

   d. Nexgen Memantine, Inc. is a privately held corporation that is not publicly traded.

**EXHIBIT A**

5. This Consent Judgment shall not be construed as an admission of any fact or culpability for any particular claim, and shall be subject to setoff or contribution in any manner consistent with applicable statutes and laws on joint and several liability.

6. This Court does not retain jurisdiction to enforce this Consent Judgment as against Nexgen Memantine, Inc.

DATED: _____

SIGNED _____

PRINTED NAME: _____

STATE OF _____ )
                         )
COUNTY OF _____ )

BEFORE ME, the undersigned authority, personally appeared ANNAPURNA GUNDLAPALLI, as duly authorized representative of Nexgen Memantine, Inc., who is personally known to me to be the individual described herein or who has produced _____ as identification, and who executed this Confession of Judgment on behalf of Nexgen Memantine, Inc. and who did/did not take an oath.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid this _____ day of February, 2022.

_____
NOTARY PUBLIC
Name: _____
Commission or Serial No.: _____
My Commission Expires: _____