UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN, MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, BALVANT
ARORA, as individuals and
derivatively on behalf of NEXGEN
MEMANTINE INC.,
    Plaintiffs,

V.

NEXGEN MEMANTINE INC.,
SUREN AJJARAPU,
ANNAPURNA GUNDLAPALLI,
GAJAN MAHENDIRAN,
TRXADE GROUP, INC., and
G&S COAL TRADERS LLC,
    Defendants.
_____/

Case No.: 8:20-cv-02263-VMC-JSS

Derivative Action

**RESPONSE TO OBJECTION BY DEFENDANT DR. GAJAN MAHENDIRAN**

    Plaintiffs, Jitendra Jain, Manish Arora, Scariya Kumaramangalam, Harsh Datta, and Balvant Arora (collectively the "Plaintiff Investors"), by and through counsel hereby notice the following:

    1.    On February 10, 2022, the parties filed an Unopposed Motion to Approve Settlement Agreements. (Dkt. 227). The Motion asked this Court to approve two separate and distinct settlement agreements: (1) a settlement agreement between the Plaintiff Investors on the one hand, and Suren Ajjarapu,

1

Annapurna Gundlapalli, and Trxade Group, Inc., on the other hand ("the Ajjarapu Settlement"); and (2) a settlement agreement between the Plaintiff Investors on the one hand and Nexgen Memantine, Inc. on the other (the "Memantine Settlement").

2.  On the same day, February 10, 2022, the Court entered an Endorsed Order deferring ruling on the Memantine Settlement, because that settlement included entry of a Proposed Consent Judgment, which did not relinquish this Court of jurisdiction to enforce the judgment. (Dkt. 228).

3.  In response, the Plaintiff Investors, along with the Ajjarapu Parties filed a Time-Sensitive Joint Motion to approve only the Ajjarapu Settlement, while the parties took time to consider the February 10th Endorsed Order regarding the other settlement (the Memantine Settlement.) (Dkt. 229).

4.  On February 18th, 2022, the Honorable Magistrate Judge Sneed heard oral arguments on Dkt. 227 and Dkt. 229. At the hearing, counsel for Gajan Mahendiran, a party to neither of the settlement agreements, did not oppose approval of the settlements, but did voice certain objections to the findings of fact of the Proposed Consent Judgment.

5.  Magistrate Judge Sneed directed the settling parties to file a new Proposed Consent Judgment containing additional language stating this Court will not maintain jurisdiction to enforce the Proposed Consent Judgment.

6. On February 21st, 2022, the Plaintiffs filed a new Proposed Consent Judgment containing additional language stating this Court will not maintain jurisdiction to enforce the Proposed Consent Judgment. (Dkt. 243).

7. On February 25, 2022, Defendant Mahendiran filed a Notice of Objection to Plaintiff's Proposed Consent Judgment, or, in the alternative, Request for Clarification of the Order. (Dkt. 245).

8. On February 25, 2022, this Court entered an Endorsed Order, directing the Plaintiffs to respond to Defendant Mahendiran's Objection (Dkt. 246).

9. The Plaintiff Investors hereby file their response.

10. Because saving costs and attorney fees is a large motivator for the Ajjarapu Parties, and further because no objections have been filed, or raised at the hearing as to the Ajjarapu Settlement, the Plaintiff Investors hereby request this Honorable Court enter an Order granting (Dkt. 229), thereby approving the Ajjarapu Settlement only, allowing those settling parties to be dismissed with prejudice.

11. Because of the objections raised by Defendant Mahendiran to the Memantine Settlement, and its Proposed Consent Judgment, the Plaintiff Investors request to bifurcate the two settlement agreements, and have the Memantine Settlement referred to Mediator Gregory Holder to attempt to resolve the issues between the parties regarding the Proposed Consent Judgment, and further to

allow swift approval of the Ajjarapu Settlement - which has no objections from any parties - without it being held up by the Memantine Settlement - which has been objected to at the hearing and via Dkt. 245.

Dated: <u>March 1, 2022</u>.

        Respectfully submitted,

        <u>/s/ Joseph F. Southron</u>
        Joseph F. Southron, Esq.
        Florida Bar No. 122109
        Nicholas T. Lumley, Esq.
        Florida Bar No. 1022390
        Counsel for Plaintiffs
        **FOUR RIVERS LAW FIRM**
        400 N. Ashley Drive, Suite 1720
        Tampa, Florida 33602
        Tel. (813) 773-5105
        joe@fourriverslaw.com
        nick@fourriverslaw.com
        eservice@fourriverslaw.com

## CERTIFICATE OF SERVICE

I hereby certify on March 1, 2022, a true and correct copy of the forgoing was filed with the Court via CM/ECF system.

        <u>/s/ Joseph Southron</u>
        Joseph F. Southron
        Florida Bar No.: 122109