UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN,
MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and BALVANT
ARORA, as individuals and
derivatively on behalf of
NEXGEN MEMANTINE, INC.,

    Plaintiffs,

v.

NEXGEN MEMANTINE, INC.,
SUREN AJJARAPU,
ANNAPURNA GUNDLAPALLI,
GAJAN MAHENDIRAN,
NEXGEN LIFESCIENCES, LLC,
TRXADE GROUP, INC.,
G&S COAL TRADERS, LLC,

    Defendants.
_____/

Case No.  8:20-cv-02263-VMC-JSS

## FINAL MEDIATION REPORT

In this matter, the parties conducted additional settlement discussions during the week of April 11, 2022, which concluded on April 15, 2022.

All Plaintiffs personally attended represented by lead trial counsel. Defendant, GAJAN MAHENDIRAN, attended personally with lead trial counsel. The remaining Defendants attended personally or were available for telephone conference.

All parties participated in good faith.

The parties have reached an IMPASSE at this time.

Done April 18, 2022, in Tampa, Florida.

                                      Respectfully submitted,

                                      */s/ Gregory P. Holder*
                                      Gregory P. Holder, Esq., Mediator
                                      Florida Bar No. 339326
                                      607 W. Horatio Street
                                      Tampa, Florida 33606
                                      Telephone: (813) 773-5106
                                      Facsimile: (727) 498-8902
                                      Email: greg@zinoberdiana.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that April 18, 2022, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                      */s/ Gregory P. Holder*
                                      Gregory P. Holder, Esq.