EXHIBIT B

**From:** "Mather, Kenneth G.M." <KMather@gunster.com>
**Date:** Monday, April 11, 2022 at 3:29 PM
**To:** "Joseph F. Southron" <joe@fourriverslaw.com>, "greg@zinoberdiana.com" <greg@zinoberdiana.com>
**Subject:** Krikam Subscription Agreement.pdf

**Krikam Subscription Agreement.pdf**
1631K