IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN,
MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and
BALVANT ARORA,
        Plaintiffs,

vs.                                                                                   Case No.: 8:20-cv-02263-VMC-JSS

NEXGEN MEMANTINE INC.,
SUREN AJJARAPU,
ANNAPURNA GUNDLAPALLI,
GAJAN MAHENDIRAN,
NEXGEN LIFESCIENCES LLC,
TRXADE, INC., and
G&S COAL TRADERS, LLC,
        Defendants.
_____/

**CHART OF CLAIMS,
CROSSCLAIMS, AND COUNTERCLAIMS, AND
<u>NOTICE OF SETTLEMENT OF CERTAIN CROSS-CLAIMS</u>**

Plaintiffs, Jitendra Jain, Manish Arora, Scariya Kumaramangalam, Harsh Datta, and Balvant Arora (collectively, the "Plaintiff Investors") and Defendant, GAJAN MAHENDIRAN ("Mahendiran"), by counsel and pursuant to this Court's directive, hereby provide a Chart of pending Claims, Counterclaims and Crossclaims that remain pending, or which are being resolved through settlements, and in support thereof states:

The remaining claims requiring adjudication by this Court are:

Docket Document #138 – CROSSCLAIM against Suren Ajjarapu, Annapurna Gundlapalli and Nexgen Memantine, Inc. by Gajan Mahendiran. Only the claim against Nexgen Memantine, Inc. remains.

Docket Document #149 – Nexgen Memantine's Answer, Affirmative Defenses and Demand for Jury Trial as to Gajan Mahendiran.

Docket Document #165 – Plaintiffs Second Amended Verified Complaint. The following claims remain:
- Count I – Securities Fraud (10b-5) against Gajan Mahendiran[1]
- Count III – Securities Fraud (517.301) against Gajan Mahendiran
- Count V – Breach of Fiduciary Duty against Gajan Mahendiran
- Count VI – Florida RICO Violation against Gajan Mahendiran
- Count IX – Contract Void Ab Initio against Nexgen Memantine
- Count XIV – Appointment of Receiver against Nexgen Memantine

Docket Document #172 – Nexgen Memantine's Answer, Affirmative Defenses and Demand for Jury Trial to Plaintiff.

Docket Document #174 – Gajan Mahendiran's Answer and Affirmative Defenses to Second Amended Complaint.

Contemporaneous with the filing of this Chart, a Joint Motion to Dismiss Crossclaims and Counterclaims will be filed by Suren Ajjarapu, Annapurna Gundlapalli, Trxade, Inc., and Dr. Mahendiran. Subject to the terms and conditions, including Stipulations contained therein, the Joint Motion represents a request by the parties for authority to dismiss with prejudice the following crossclaims and counterclaims:

Docket Document #31 – CROSSCLAIM against Gajan Mahendiran filed by Suren Ajjarapu, and Trxade, Inc, as amended by Document #60.

---

[1] Counts I, III, and V include claims of vicarious liability against Nexgen Memantine, Inc.

Docket Document #60 – Amended CROSSCLAIM against Gajan Mahendiran filed by Trxade, Inc.

Docket Document #110 – Amended CROSSCLAIM against Gajan Mahendiran filed by Nexgen Memantine, Inc, Annapurna Gundlapalli and Suren Ajjarapu.

Docket Document #111 – CROSSCLAIM against Suren Ajjarapu and G&S Coal Traders LLC by Gajan Mahendiran.

Docket Document #122 – CROSSCLAIM against Gajan Mahendiran filed by Trxade Group, Inc.

Docket Document #137 – CROSSCLAIM against Trxade Group, Inc. by Gajan Mahendiran.

Docket Document #138 – CROSSCLAIM against Suren Ajjarapu, Annapurna Gundlapalli and Nexgen Memantine, Inc. by Gajan Mahendiran, only as to Suren Ajjarapu and Annapurna Gundlapalli.

Respectfully submitted this 20th day of September, 2022.

**GUNSTER, YOAKLEY & STEWART, P.A.**

*/s/ Kenneth G.M. Mather*
Kenneth G.M. Mather, Esq.
Florida Bar No. 619647
Daniel P. Dietrich, Esq.
Florida Bar No. 0934461
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Email: KMather@gunster.com
Email: ddietrich@gunster.com

**Counsel for Defendant Gajan Mahendiran**

/s/ Joseph F. Southron
Joseph F. Southron
Florida Bar No. 122109
**FOUR RIVERS LAW FIRM**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel. (813) 773-5105
Fax (813) 773-5103
E-Mail: joe@fourriverslaw.com
Secondary E-Mail:
 eservice@fourriverslaw.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on September 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registered parties.

*/s/ Kenneth G.M. Mather*
Kenneth G.M. Mather, Esq.