UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN, MANISH ARORA,
HARSH DATTA, BALVANT ARORA and
SCARIYA KUMARAMANGALAM,

    Plaintiffs,

v.                                              Case No: 8:20-cv-2263-VMC-JSS

NEXGEN MEMANTINE, INC., GAJAN
MAHENDIRAN, NEXGEN LIFE
SCIENCES LLC, G&S COAL TRADERS,
LLC and G&S COAL TRADERS LLC,

    Defendants.
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **NEXGEN MEMANTINE, INC.** in Tampa, Florida on the 5th day of October, 2022.

                                            ELIZABETH M. WARREN, CLERK

                                            s/MB, Deputy Clerk

Copies furnished to:

Counsel of Record