IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN,
MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, and
BALVANT ARORA,

      Plaintiffs,

vs.                                  Case No.:  8:20-cv-02263-VMC-JSS

NEXGEN MEMANTINE INC.,
SUREN AJJARAPU,
ANNAPURNA GUNDLAPALLI,
GAJAN MAHENDIRAN,
NEXGEN LIFESCIENCES LLC,
TRXADE, INC., and
G&S COAL TRADERS, LLC,

      Defendants.
_____/

## DEFENDANT GAJAN MAHENDIRAN'S MOTION FOR DISMISSAL OF CROSSCLAIMS BY AND AGAINST NEXGEN MEMANTINE, INC.

Defendant, Gajan Mahendiran, ("Defendant" or "Dr. Mahendiran") hereby files his Motion Seeking Authority to allow his voluntary dismissal of his Crossclaims against Nexgen Memantine, Inc. ("Memantine") and requesting that this Court dismiss the Crossclaims of Memantine against him.  In support, Dr. Mahendiran alleges and states as follows:

      1)     On September 13, 2022, this Court entered its Order authorizing the withdrawal of counsel for Memantine (Doc. #291).

2) The Order directed Memantine to find new counsel within fourteen (14) days. See Order paragraph 4 (Doc. #291).

3) The Order further stated that "Nothing in this order shall be construed to relieve Defendant of its continuing obligation to comply with the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the orders of this Court (Doc. #291).

4) As of the filing date of this Motion, Memantine has not secured new counsel.

5) Per this Court's Endorsed Order of September 21, 2022, Memantine's Crossclaim against Dr. Mahendiran still exists (Doc. #306).

6) Dr. Mahendiran has reached a settlement with Suren Ajjarapu, Annapurna Gundlapalli, Nexgen LifeSciences, LLC, TRXade, Inc (sometimes referred to as TRXade Group, Inc.) and other parties in interest, which will result in the transfer of a portion of recovery from a pending chose in action to the benefit of the Jain Plaintiffs, as shareholders of Memantine.

7) Dr. Mahendiran requests authority of this Court, to the extent that the Court deems necessary, to voluntarily dismiss his Crossclaims against Memantine.

8) Dr. Mahendiran further requests an order of this Court dismissing Memantine's Crossclaims against him for failure to obtain successor counsel. See *Palazzo v. Gulf Oil Corporation*, 764 F.2d 1381 (11th Cir. 1985) (the rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel, citing *Commercial and Railroad Bank of*

*Vicksburg v. Slocomb*, 39 U.S. (14 Pet.) 60, 10 L.Ed. 354 (1840); *In re K.M.A., Inc.*, 652 F.2d 398 (5th Cir. Unit B 1981); *Southwest Exp. Co. v. I.C.C.*, 670 F2d 53 (5th Cir. 1982)..

WHEREFORE, Dr. Mahendiran prays for an order of this Court authorizing him to voluntarily dismiss his Crossclaims against Memantine and dismissing Memantine's Crossclaims against him for failure to obtain counsel, and for such other relief as this Court may equitably award.

Dated: October 11, 2022.

**GUNSTER, YOAKLEY & STEWART, P.A.**

/s/ *Kenneth G.M. Mather*
Kenneth G.M. Mather, Esq.
Florida Bar No. 619647
Daniel P. Dietrich, Esq.
Florida Bar No. 0934461
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Email:  KMather@gunster.com
Email:  ddietrich@gunster.com

**Counsel for Defendant Gajan Mahendiran**

## CERTIFICATE OF SERVICE

I certify that on October 11, 2022, a true and correct copy of the foregoing was served via email to the following:

Joseph F. Southron
joe@fourriverslaw.com
eservice@fourriverslaw.com
sara@fourriverslaw.com
Four Rivers Law Firm
400 N. Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone: 813.773.5105
Facsimile: 813.773.5103
**Attorney for Plaintiffs**

Paul B. Thanasides
Florida Bar No.: 103039
paul@mcintyrefirm.com
CLService@mcintyrefirm.com
Christa Queen-Sutherland
Florida Bar No. 0091204
christa@mcintyrefirm.com
Garrett S. Severson
Florida Bar No. 108259
garrett@mcintyrefirm.com
McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221
**Counsel for Nexgen Memantine Inc., Suren Ajjarapu and Trxade, Inc. Nexgen Life Sciences LLC and G&S Coal Traders, LLC**

Jason H. Baruch, Esq.
Jason.baruch@hklaw.com
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, Florida 33602
Telephone: 813.227.8000
Facsimile: 813.227.0134
**Attorney for G&S Coal Traders, LLC**

/s/ Kenneth G.M. Mather
Kenneth G.M. Mather, Esq.