UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN, MANISH ARORA,
SCARIYA KUMARAMANGALAM,
HARSH DATTA, BALVANT
ARORA, as individuals and
derivatively on behalf of NEXGEN
MEMANTINE INC.,
    Plaintiffs,

v.

NEXGEN MEMANTINE INC., SUREN
AJJARAPU, ANNAPURNA
GUNDLAPALLI, GAJAN MAHENDIRAN,
NEXGEN LIFESCIENCES LLC, TRXADE
GROUP, INC., and G&S COAL TRADERS
LLC,
    Defendants.
_____/

Case No.: 8:20-cv-02263-VMC-JSS

Derivative Action

**PLAINTIFFS' MOTION FOR DISMISSAL OF
COUNT XIV OF THE SECOND AMENDED COMPLAINT**

Plaintiffs, Jitendra Jain, Manish Arora, Scariya Kumaramangalam, Harsh Datta, and Balvant Arora, by and through their undersigned counsel, having considered the needs of this case, having considered same and being otherwise sufficiently advised, hereby elect to voluntarily dismiss, without prejudice, the claim set out against Defendant, Nexgen Memantine Inc., in Count XIV of the Second Amended Verified Complaint filed with this Court on May 14, 2021 (Dkt.

1

165), which seeks equitable relief in the form of the appointment of a receiver over the Defendant.

## LOCAL RULE 3.01(g) CERTIFICATION

In compliance with Local Rule 3.01(g), counsel for Plaintiff Investors has conferred in good faith with counsel for Defendant Mahendiran regarding the relief sought, and counsel for Defendant Mahendiran does not oppose the Plaintiff's Motion for Dismissal of Count XIV of the Second Amended Complaint.

Dated: October 12, 2022.

                    Respectfully submitted,

                    /s/ Joseph F. Southron
                    Joseph F. Southron
                    Florida Bar No. 122109
                    **FOUR RIVERS LAW FIRM**
                    400 N. Ashley Drive, Suite 1720
                    Tampa, Florida 33602
                    Tel. (813) 773-5105
                    Fax (813) 773-5103
                    E-Mail: joe@fourriverslaw.com
                    Secondary E-Mail: eservice@fourriverslaw.com
                    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on October 12, 2022, with the Court via CM/ECF system, which will send notification of such filing to all parties and counsel of record.

/s/ Joseph F. Southron
Joseph F. Southron
Florida Bar No. 122109
*For the Firm*