UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN, et al.,

    Plaintiffs,
v.                                Case No. 8:20-cv-2263-VMC-JSS

NEXGEN MEMANTINE, INC.,
et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 338), filed on December 9, 2022, recommending that Plaintiffs' Motion for Default Judgment against Defendant Nexgen Memantine, Inc. (Doc. # 325) be denied without prejudice.

As of this date, no party has filed an objection to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v.

1

Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusion of the Magistrate Judge. Plaintiffs' Motion for Default Judgment against Defendant Nexgen Memantine, Inc. (Doc. # 325) is denied without prejudice. Plaintiffs may file a renewed motion for default

judgment, if appropriate, after the trial of Plaintiffs' claims against Defendant Mahendiran.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 338) is **ADOPTED.**

(2) Plaintiffs' Motion for Default Judgment against Defendant Nexgen Memantine, Inc. (Doc. # 325) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of December, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3