UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JITENDRA JAIN, et al.,

    Plaintiffs,

v.                                                   Case No: 8:20-cv-2263-VMC-JSS

NEXGEN MEMANTINE, INC., et al.,

    Defendants.
_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

The court held a status conference in this matter on February 7, 2023.[1] For the reasons discussed at the hearing, the court hereby amends the following deadlines set forth in the Second Case Management and Scheduling Order:[2]

| | |
|---|---|
| Motions in Limine | March 27, 2023 |
| Joint Amended Final Pretrial Statement | April 26, 2023 |
| Final Pretrial Conference | May 3, 2023 at 10:00 a.m. |
| Trial Date Certain | June 5, 2023 at 9:30 a.m. |
| Trial Length | 5 days |
| Jury/Non-Jury | Jury |

Moreover and to the extent warranted, the parties are directed to confer and file amended proposed jury instructions and verdict form, as well as an amended chart

---

[1] On December 28, 2022, the Honorable Virginia M. Hernandez Covington entered an order of referral as to all Plaintiffs and Defendant Gajan Mahendiran for the undersigned to oversee all further proceedings. (Dkt. 344.) As such, this order does not apply to Defendant Nexgen Memantine, Inc. *See* (*id.*)

[2] All other provisions of the Second Case Management and Scheduling Order (Dkt. 267) shall remain in full force and effect.

outlining all the remaining claims, on or before April 26, 2023. Lastly, the parties shall file a joint status report, on or before February 13, 2023, confirming the trial date certain set above.

**ORDERED** in Tampa, Florida, on February 7, 2023.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record